**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FuboTV, Inc., and FuboTV Media, Inc.,

                                        Plaintiffs,

                    v.                                          1:24-cv-01363-MMG

The Walt Disney Company, et al.,

                                        Defendants.

### NOTICE OF APPEAL

Notice is hereby given that The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; Hulu, LLC; Fox Corporation; and Warner Bros. Discovery Inc., Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order and Order for Preliminary Injunction (ECF No. 290 (redacted), No. 291 (under seal)), entered in this action on August 16, 2024, and all related Orders.

August 19, 2024                    Respectfully submitted,

                                   CRAVATH, SWAINE & MOORE LLP

                                   *s/ J. Wesley Earnhardt*
                                   Antony L. Ryan
                                   J. Wesley Earnhardt
                                   Yonatan Even
                                   Damaris Hernández
                                   Michael P. Addis

                                   2 Manhattan West
                                      375 9th Avenue
                                         New York, NY 10001
                                            (212) 474-1000

                                   *Attorneys for Defendants The Walt Disney*
                                   *Company, ESPN, Inc., ESPN Enterprises, Inc.,*
                                   *and Hulu, LLC.*

DECHERT LLP


*s/ Andrew J. Levander*
Andrew J. Levander
Steven E. Bizar
Steven A. Engel
Jay Jurata
Michael H. McGinley
Erica Fruiterman

1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500

*Attorneys for Defendant Fox Corporation*



WEIL, GOTSHAL & MANGES LLP


*s/ David L. Yohai*
David L. Yohai
Adam C. Hemlock
Theodore E. Tsekerides
Robert W. Taylor
A.J. Green
Elaina K. Aquila

767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Attorneys for Defendant Warner Bros. Discovery Inc.*

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24−cv−01363−MMG

FuboTV Inc. et al v. The Walt Disney Company et al
Assigned to: Judge Margaret M. Garnett
Cause: 15:1 Antitrust Litigation (Monopolizing Trade)

Date Filed: 02/22/2024
Jury Demand: Plaintiff
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

**Plaintiff**

**FuboTV Inc.**                    represented by    **Mark Charles Hansen**
Kellogg, Hansen, Todd, Figel & Frederick
PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
202−326−7904
Fax: 202−326−7999
Email: mhansen@kellogghansen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Howe**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036
202−367−7808
Email: dhowe@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Evan Todd Leo**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M St NW
Ste 400
Washington, DC 20036
202−326−7930
Email: eleo@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Gavan William Duffy Gideon**
Kellogg, Hansen, Todd, Figel & Frederick
1615 M Street NW
Ste 400
Washington, DC 20036
202−326−7998
Fax: 202−326−7999
Email: ggideon@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Geoffrey Block**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20036
407−616−8017
Email: gblock@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Hannah DePalo**

Kellogg Hansen Todd Figel and Frederick
PLLC
1615 M Street Northwest Suite 400
Washington, DC 20036
202–367–7975
Email: hcarlin@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**James McCormick Webster , III**
Kellogg, Hansen, Todd, Figel & Frederick
PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202)–326–7900
Fax: (202)–326–7999
Email: jwebster@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Joseph Solomon Hall**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036
202–326–7983
Email: jhall@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Joshua Hafenbrack**
1615 M Street, NW
Suite 400
Washington, DC 20036
202–326–7900
Fax: 202–326–7999
Email: jhafenbrack@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Katherine V. Tondrowski**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M Street N.W.
Suite 400
Washington D.C., DC 20036
202–367–7996
Email: ktondrowski@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Kevin J Miller**
Kellogg, Hansen, Todd, Figel & Frederick
PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
202–326–7900
Fax: 202–326–7999
Email: kmiller@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Matthew Wilkins**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20036
202–326–7912
Email: mwilkins@kellogghansen.com

*ATTORNEY TO BE NOTICED*

**Rachel Anderson**
1615 M Street NW
Ste 400
Washington, DC 20036
202–326–7916
Email: randerson@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Thomas Graham Schultz**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M STREET, N.W.
Ste 400
Washington DC, DC 20036
202–326–7965
Fax: 202–326–7999
Email: tschultz@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FuboTV Media Inc.**                    represented by   **Mark Charles Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Howe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Todd Leo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gavan William Duffy Gideon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Geoffrey Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah DePalo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James McCormick Webster , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Solomon Hall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Hafenbrack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine V. Tondrowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin J Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Wilkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Graham Schultz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Walt Disney Company**                     represented by     **Anissa Badea**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
Two Manhattan West
New York, NY 10001
212–474–1000
Email: abadea@cravath.com
*ATTORNEY TO BE NOTICED*

**Antony L Ryan**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: aryan@cravath.com
*ATTORNEY TO BE NOTICED*

**Brian Golger**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000
Email: bgolger@cravath.com
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: dhernandez@cravath.com
*ATTORNEY TO BE NOTICED*

**Elisabeth D. Amanullah**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
Two Manhattan West
New York, NY 10001
212–474–1116
Fax: 212–474–3700
Email: eamanullah@cravath.com
*ATTORNEY TO BE NOTICED*

**Joe Wesley Earnhardt**

Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: wearnhardt@cravath.com
*ATTORNEY TO BE NOTICED*

**Kathleen E Young**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000
Email: keyoung@cravath.com
*ATTORNEY TO BE NOTICED*

**Michael Paul Addis**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: maddis@cravath.com
*ATTORNEY TO BE NOTICED*

**Yonatan Even**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: yeven@cravath.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ESPN, Inc.**                    represented by **Anissa Badea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Antony L Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Golger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elisabeth D. Amanullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joe Wesley Earnhardt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen E Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Addis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonatan Even**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ESPN Enterprises, Inc.**                     represented by     **Anissa Badea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Antony L Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Golger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elisabeth D. Amanullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joe Wesley Earnhardt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen E Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Addis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonatan Even**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hulu, LLC**                     represented by     **Anissa Badea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Antony L Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Golger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elisabeth D. Amanullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joe Wesley Earnhardt**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Kathleen E Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Addis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonatan Even**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOX Corporation**          represented by  **Andrew J. Levander**
Dechert LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036–6797
(212) 698–3500
Fax: (212) 698–3500
Email: andrew.levander@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joe Wesley Earnhardt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Bizar**
Dechert, LLP
2929 Arch Street
Cira Center
Philadelphia, PA 19104
215–994–2205
Email: steven.bizar@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Engel**
Dechert, LLP (DC)
1341 27th Street NW
Washington, DC 20007
(202)–261–3403
Fax: (202)–261–3143
Email: steven.engel@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antony L Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica L Fruiterman**
Dechert, LLP
District of Columbia
1900 K Street NW
20006
Washington, DC 20006

215–971–5952
Email: erica.fruiterman@dechert.com
*ATTORNEY TO BE NOTICED*

**John A. Jurata**
Dechert LLP
1900 K. Street, N.W.
Washington, DC 20006
202–261–3440
Email: jay.jurata@dechert.com
*ATTORNEY TO BE NOTICED*

**Michael H. McGinley**
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215–994–4000
Fax: 215–994–2222
Email: michael.mcginley@dechert.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner Bros. Discovery, Inc.**          represented by    **David Lawrence Yohai**
Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue
New York, NY 10153
(212)3108000
Fax: (212) 310–8007
Email: david.yohai@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joe Wesley Earnhardt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam C. Hemlock**
Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue
New York, NY 10153
(212)–310–8281
Fax: (212)–310–8007
Email: adam.hemlock@weil.com
*ATTORNEY TO BE NOTICED*

**Antony L Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin Joseph Green**
Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue
New York, NY 10153
212–310–8709
Email: a.j.green@weil.com
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elaina Kathryn Aquila**

Weil Gotshal & Manges LLP
New York
767 5th Ave
New York, NY 10153
908–698–9300
Fax: 212–310–8001
Email: elaina.aquila@weil.com
*ATTORNEY TO BE NOTICED*

**Robert William Taylor**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8796
Fax: 212–310–8007
Email: robert.taylor@weil.com
*ATTORNEY TO BE NOTICED*

**Theodore Elias Tsekerides**
Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue
New York, NY 10153
(212)–310–8218
Fax: (212)–310–8007
Email: theodore.tsekerides@weil.com
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Directv LLC**                     represented by **Jared Alexander Levine**
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212–803–4075
Fax: 212–223–4134
Email: jalevine@crowell.com
*ATTORNEY TO BE NOTICED*

**Olivier Nicolas Antoine**
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212–803–4022
Fax: 212–223–4134
Email: oantoine@crowell.com
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**EchoStar Corporation**           represented by **Pantelis Michalopoulos**
Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
202–429–6494
Email: pmichalopoulos@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Comcast Corporation**            represented by **Arthur J. Burke**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

(212)–450–4000
Fax: (212)–450–3352
Email: arthur.burke@davispolk.com
*ATTORNEY TO BE NOTICED*

**Christopher Philip Lynch**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)–450–4034
Fax: (212)–701–5034
Email: christopher.lynch@davispolk.com
*ATTORNEY TO BE NOTICED*

V.

**Amicus**

| | | |
|---|---|---|
| **Sports Fan Coalition** | represented by | **Amanda Gale Lewis**<br>Amanda Lewis<br>Cuneo, Gilbert & LaDuca<br>4725 Wisconsin Avenue, Suite 200, NW<br>Suite 200<br>Washington, DC 20016<br>202–805–0315<br>Email: alewis@cuneolaw.com<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **American Economic Liberties Project** | represented by | **Amanda Gale Lewis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Electronic Frontier Foundation** | represented by | **Amanda Gale Lewis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Open Markets Institute** | represented by | **Amanda Gale Lewis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Public Knowledge** | represented by | **Amanda Gale Lewis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2024 | 1 | COMPLAINT against ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Filing Fee $ 405.00, Receipt Number 26681)Document filed by FuboTV Media Inc., FuboTV Inc...(pc) (Entered: 02/23/2024) |
| 02/22/2024 | 2 | CIVIL COVER SHEET filed..(pc) (Entered: 02/23/2024) |
| 02/22/2024 | | DOCUMENTS TO BE SEALED (Signed by Judge Paul A. Engelmayer on 02/21/2024) (pc) (Entered: 02/23/2024) |
| 02/22/2024 | | Magistrate Judge Jennifer Willis is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties |

| | | |
|---|---|---|
| | | are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 02/23/2024) |
| 02/22/2024 | | Case Designated ECF. (pc) (Entered: 02/23/2024) |
| 02/22/2024 | | ORDER REDACTING PLEADING FILED IN 24MC70. Document filed by FuboTV Inc., FuboTV Media Inc...(pc) (Entered: 02/23/2024) |
| 02/22/2024 | 3 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 02/23/2024) |
| 02/22/2024 | 27 | MOTION for Mark C. Hansen to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.(laq) (laq). (Entered: 02/28/2024) |
| 02/23/2024 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 02/23/2024) |
| 02/23/2024 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to The Walt Disney Company, re: 1 Complaint. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 02/23/2024) |
| 02/23/2024 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to ESPN, Inc., re: 1 Complaint. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 02/23/2024) |
| 02/23/2024 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to ESPN Enterprises, Inc., re: 1 Complaint. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 02/23/2024) |
| 02/23/2024 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Hulu, LLC, re: 1 Complaint. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 02/23/2024) |
| 02/23/2024 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Fox Corporation, re: 1 Complaint. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 02/23/2024) |
| 02/23/2024 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Warner Bros. Discovery, Inc., re: 1 Complaint. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 02/23/2024) |
| 02/26/2024 | 11 | ELECTRONIC SUMMONS ISSUED as to The Walt Disney Company. (sj) (Entered: 02/26/2024) |
| 02/26/2024 | 12 | ELECTRONIC SUMMONS ISSUED as to ESPN, Inc.. (sj) (Entered: 02/26/2024) |
| 02/26/2024 | 13 | ELECTRONIC SUMMONS ISSUED as to ESPN Enterprises, Inc.. (sj) (Entered: 02/26/2024) |
| 02/26/2024 | 14 | ELECTRONIC SUMMONS ISSUED as to Hulu, LLC. (sj) (Entered: 02/26/2024) |
| 02/26/2024 | 15 | ELECTRONIC SUMMONS ISSUED as to FOX Corporation. (sj) (Entered: 02/26/2024) |
| 02/26/2024 | 16 | ELECTRONIC SUMMONS ISSUED as to Warner Bros. Discovery, Inc.. (sj) (Entered: 02/26/2024) |
| 02/27/2024 | 17 | MOTION for Evan T. Leo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29001210. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Affidavit Affidavit of Evan T. Leo, # 2 Exhibit Certificate of Good Standing (DC), # 3 Exhibit Certificate of Good Standing (NY), # 4 Proposed Order Proposed Order).(Leo, Evan) (Entered: 02/27/2024) |
| 02/27/2024 | 18 | MOTION for Kevin J. Miller to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29001513. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit Affidavit of Kevin J. Miller, # 2 Exhibit Certificate of Good Standing (DC), # 3 Proposed Order Proposed Order).(Miller, Kevin) (Entered: 02/27/2024) |
| 02/27/2024 | 19 | MOTION for Joshua Hafenbrack to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29001653. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Affidavit Affidavit of Joshua Hafenbrack, # 2 Exhibit Certificate of Good Standing (DC), # 3 Exhibit Certificate of Good Standing (MD), # 4 Proposed Order Proposed Order).(Hafenbrack, Joshua) (Entered: 02/27/2024) |
| 02/27/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 18 MOTION for Kevin J. Miller to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29001513. Motion and supporting papers to be reviewed by Clerk's Office staff., 17 MOTION for Evan T. Leo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29001210. Motion and supporting papers to be reviewed by Clerk's Office staff., 19 MOTION for Joshua Hafenbrack to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29001653. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 02/27/2024) |
| 02/27/2024 | 20 | ORDER granting 17 Motion for Evan T. Leo to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 02/27/2024) |
| 02/27/2024 | 21 | ORDER granting 18 Motion for Kevin J. Miller to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 02/27/2024) |
| 02/27/2024 | 22 | ORDER granting 19 Motion for Joshua Hafenbrack to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 02/27/2024) |
| 02/27/2024 | 23 | MOTION for Thomas G. Schultz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29002804. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Affidavit Affidavit of Thomas G. Schultz, # 2 Exhibit Certificate of Good Standing (DC), # 3 Exhibit Certificate of Good Standing (NY), # 4 Proposed Order Proposed Order).(Schultz, Thomas) (Entered: 02/27/2024) |
| 02/27/2024 | 24 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Counsel for all parties shall appear for an Initial Pretrial Conference with the Court on Tuesday, April 16, 2024 at 9:30 a.m. The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. All counsel must familiarize themselves with the Courts Individual Rules & Practices (Individual Rules), which are available at https://nysd.uscourts.gov/hon–margaret–m–garnett. All parties are required to register promptly as filing users on ECF. SO ORDERED. Initial Conference set for 4/16/2024 at 09:30 AM in Courtroom 906, 40 Centre Street, New York, NY 10007 before Judge Margaret M. Garnett. (Signed by Judge Margaret M. Garnett on 2/27/2024) (mml) (Entered: 02/27/2024) |
| 02/27/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 23 MOTION for Thomas G. Schultz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29002804. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/27/2024) |
| 02/27/2024 | 25 | ORDER granting 23 Motion for Thomas G. Schultz to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 02/27/2024) |
| 02/27/2024 | 26 | NOTICE OF APPEARANCE by Joseph Solomon Hall on behalf of FuboTV Inc., FuboTV Media Inc...(Hall, Joseph) (Entered: 02/27/2024) |
| 02/28/2024 | 28 | ORDER FOR ADMISSION OF MARK C. HANSEN PRO HAC VICE granting 27 Motion for Mark C. Hansen to Appear Pro Hac Vice. (Signed by Judge Paul A. |

| | | |
|---|---|---|
| | | Engelmayer on 2/22/2024) (va) (Entered: 02/28/2024) |
| 02/28/2024 | 29 | AFFIDAVIT OF SERVICE of Summons and Complaint. The Walt Disney Company served on 2/27/2024, answer due 3/19/2024. Service was accepted by a Legal Representative of Corporation Service Company. Document filed by FuboTV Media Inc.; FuboTV Inc...(Hansen, Mark) (Entered: 02/28/2024) |
| 02/28/2024 | 30 | AFFIDAVIT OF SERVICE of Summons and Complaint. ESPN, Inc. served on 2/27/2024, answer due 3/19/2024. Service was accepted by a Legal Representative of Corporation Service Company. Document filed by FuboTV Media Inc.; FuboTV Inc...(Hansen, Mark) (Entered: 02/28/2024) |
| 02/28/2024 | 31 | AFFIDAVIT OF SERVICE of Summons and Complaint. ESPN Enterprises, Inc. served on 2/27/2024, answer due 3/19/2024. Service was accepted by a Legal Representative of Corporation Service Company. Document filed by FuboTV Media Inc.; FuboTV Inc...(Hansen, Mark) (Entered: 02/28/2024) |
| 02/28/2024 | 32 | AFFIDAVIT OF SERVICE of Summons and Complaint. Hulu, LLC served on 2/27/2024, answer due 3/19/2024. Service was accepted by a Legal Representative of Corporation Service Company. Document filed by FuboTV Media Inc.; FuboTV Inc...(Hansen, Mark) (Entered: 02/28/2024) |
| 02/28/2024 | 33 | AFFIDAVIT OF SERVICE of Summons and Complaint. FOX Corporation served on 2/27/2024, answer due 3/19/2024. Service was accepted by Joshua Dehart, Agent. Document filed by FuboTV Media Inc.; FuboTV Inc...(Hansen, Mark) (Entered: 02/28/2024) |
| 02/28/2024 | 34 | AFFIDAVIT OF SERVICE of Summons and Complaint. Warner Bros. Discovery, Inc. served on 2/27/2024, answer due 3/19/2024. Service was accepted by Robin Hutt–Banks, Agent. Document filed by FuboTV Media Inc.; FuboTV Inc...(Hansen, Mark) (Entered: 02/28/2024) |
| 03/05/2024 | 35 | NOTICE OF APPEARANCE by Andrew J. Levander on behalf of FOX Corporation..(Levander, Andrew) (Entered: 03/05/2024) |
| 03/05/2024 | 36 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Blackrock Inc. for FOX Corporation. Document filed by FOX Corporation..(Levander, Andrew) (Entered: 03/05/2024) |
| 03/05/2024 | 37 | NOTICE OF APPEARANCE by Steven A. Engel on behalf of FOX Corporation..(Engel, Steven) (Entered: 03/05/2024) |
| 03/05/2024 | 38 | NOTICE OF APPEARANCE by Steven Bizar on behalf of FOX Corporation..(Bizar, Steven) (Entered: 03/05/2024) |
| 03/11/2024 | 39 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Judge Margaret M. Garnett from Steven Bizar dated March 11, 2024. Document filed by FOX Corporation..(Bizar, Steven) (Entered: 03/11/2024) |
| 03/11/2024 | 40 | ORDER granting 39 LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Judge Margaret M. Garnett from Steven Bizar dated March 11, 2024. Application GRANTED. Defendant Fox Corporation's time to answer, move, or otherwise respond to the Complaint shall be extended to April 19, 2024. SO ORDERED. FOX Corporation answer due 4/19/2024. (Signed by Judge Margaret M. Garnett on 3/11/2024) (mml) (Entered: 03/11/2024) |
| 03/12/2024 | 41 | CERTIFICATE OF SERVICE of Notice of Initial Pretrial Conference (ECF No. 24) served on Fox Corporation on March 6, 2024. Service was made by Electronic Mail. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 03/12/2024) |
| 03/12/2024 | 42 | NOTICE OF APPEARANCE by David Lawrence Yohai on behalf of Warner Bros. Discovery, Inc...(Yohai, David) (Entered: 03/12/2024) |
| 03/12/2024 | 43 | NOTICE OF APPEARANCE by Adam C. Hemlock on behalf of Warner Bros. Discovery, Inc...(Hemlock, Adam) (Entered: 03/12/2024) |
| 03/12/2024 | 44 | NOTICE OF APPEARANCE by Theodore Elias Tsekerides on behalf of Warner Bros. Discovery, Inc...(Tsekerides, Theodore) (Entered: 03/12/2024) |

| 03/12/2024 | 45 | NOTICE OF APPEARANCE by Robert William Taylor on behalf of Warner Bros. Discovery, Inc...(Taylor, Robert) (Entered: 03/12/2024) |
|---|---|---|
| 03/12/2024 | 46 | NOTICE OF APPEARANCE by Elaina Kathryn Aquila on behalf of Warner Bros. Discovery, Inc...(Aquila, Elaina) (Entered: 03/12/2024) |
| 03/12/2024 | 47 | CONSENT LETTER MOTION for Extension of Time to File Answer addressed to Judge Margaret M. Garnett from David L. Yohai dated March 12, 2024. Document filed by Warner Bros. Discovery, Inc...(Yohai, David) (Entered: 03/12/2024) |
| 03/12/2024 | 48 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Warner Bros. Discovery, Inc...(Yohai, David) (Entered: 03/12/2024) |
| 03/12/2024 | 49 | CERTIFICATE OF SERVICE of Notice of Initial Pretrial Conference (ECF No. 24) served on Warner Bros. Discovery, Inc. on March 12, 2024. Service was made by Electronic Mail. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 03/12/2024) |
| 03/12/2024 | 50 | ORDER granting 47 Letter Motion for Extension of Time to Answer re 47 CONSENT LETTER MOTION for Extension of Time to File Answer addressed to Judge Margaret M. Garnett from David L. Yohai dated March 12, 2024.. Application GRANTED. Defendant Warner Bros. Discovery Inc.'s time to answer, move, or otherwise respond to the Complaint shall be extended to April 19, 2024. SO ORDERED. Warner Bros. Discovery, Inc. answer due 4/19/2024. (Signed by Judge Margaret M. Garnett on 3/12/2024) (mml) (Entered: 03/12/2024) |
| 03/13/2024 | 51 | NOTICE OF APPEARANCE by Michael Paul Addis on behalf of The Walt Disney Company..(Addis, Michael) (Entered: 03/13/2024) |
| 03/13/2024 | 52 | NOTICE OF APPEARANCE by Joe Wesley Earnhardt on behalf of The Walt Disney Company..(Earnhardt, Joe) (Entered: 03/13/2024) |
| 03/13/2024 | 53 | NOTICE OF APPEARANCE by Yonatan Even on behalf of The Walt Disney Company..(Even, Yonatan) (Entered: 03/13/2024) |
| 03/13/2024 | 54 | NOTICE OF APPEARANCE by Antony L Ryan on behalf of The Walt Disney Company..(Ryan, Antony) (Entered: 03/13/2024) |
| 03/13/2024 | 55 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Walt Disney Company..(Earnhardt, Joe) (Entered: 03/13/2024) |
| 03/13/2024 | 56 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Hearst Brazil, Inc., Corporate Parent ESPN Holding Company, Inc., Corporate Parent ABC Holding Company, Inc., Corporate Parent The Walt Disney Company, Corporate Parent The Hearst Corporation, Corporate Parent ABC, Inc. for ESPN Enterprises, Inc., ESPN, Inc.. Document filed by ESPN Enterprises, Inc., ESPN, Inc...(Earnhardt, Joe) (Entered: 03/13/2024) |
| 03/13/2024 | 57 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent The Walt Disney Company, Corporate Parent Comcast Corporation, Corporate Parent ABC Enterprises Acquisition, LLC, Corporate Parent TFCF–Hulu Holdings, Inc., Corporate Parent TFCF America, Inc., Corporate Parent Comcast Hulu Holdings, LLC. for Hulu, LLC. Document filed by Hulu, LLC..(Earnhardt, Joe) (Entered: 03/13/2024) |
| 03/13/2024 | 58 | CONSENT LETTER MOTION for Extension of Time to File Answer addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated March 13, 2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Earnhardt, Joe) (Entered: 03/13/2024) |
| 03/13/2024 | 59 | NOTICE OF APPEARANCE by Michael Paul Addis on behalf of ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC..(Addis, Michael) (Entered: 03/13/2024) |
| 03/13/2024 | 60 | NOTICE OF APPEARANCE by Yonatan Even on behalf of ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC..(Even, Yonatan) (Entered: 03/13/2024) |
| 03/13/2024 | 61 | NOTICE OF APPEARANCE by Antony L Ryan on behalf of ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC..(Ryan, Antony) (Entered: 03/13/2024) |

| 03/14/2024 | 62 | ORDER granting 58 Letter Motion for Extension of Time to Answer re 58 CONSENT LETTER MOTION for Extension of Time to File Answer addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated March 13, 2024. Application GRANTED. Defendants The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC's time to answer, move, or otherwise respond to the Complaint shall be extended to April 19, 2024. SO ORDERED. ESPN Enterprises, Inc. answer due 4/19/2024; ESPN, Inc. answer due 4/19/2024; Hulu, LLC answer due 4/19/2024; The Walt Disney Company answer due 4/19/2024. (Signed by Judge Margaret M. Garnett on 3/14/2024) (mml) (Entered: 03/14/2024) |
| 03/14/2024 | 63 | LETTER MOTION to Expedite *Discovery* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated March 14, 2024. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Schultz, Thomas) (Entered: 03/14/2024) |
| 03/14/2024 | 64 | CERTIFICATE OF SERVICE of Notice of Initial Pretrial Conference (ECF No. 24) served on The Walt Disney Company, ESPN, Inc., ESPN Enterprises, Inc., and Hulu, LLC on March 12, 2024. Service was made by Electronic Mail. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 03/14/2024) |
| 03/18/2024 | 65 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated March 18, 2024 re: 63 LETTER MOTION to Expedite *Discovery* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated March 14, 2024. . Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Earnhardt, Joe) (Entered: 03/18/2024) |
| 03/20/2024 | 66 | ORDER denying without prejudice to renewal by formal motion 63 Letter Motion to Expedite. Accordingly, Plaintiffs' motion for expedited discovery is DENIED, without prejudice to renewal at an appropriate time or under appropriate circumstances. The Clerk is respectfully requested to terminate Dkt. No. 63. SO ORDERED. (Signed by Judge Margaret M. Garnett on 3/20/2024) (tg) (Entered: 03/20/2024) |
| 03/27/2024 | 67 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Margaret M. Garnett from Michael P. Addis dated March 27, 2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Addis, Michael) (Entered: 03/27/2024) |
| 03/27/2024 | 68 | ORDER granting 67 Letter Motion for Leave to File Excess Pages. Application GRANTED. Defendants The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC (the "Disney Defendants") shall file a consolidated memorandum of law (not to exceed 35 pages) and a consolidated reply (not to exceed 17 pages) in support of their motion to dismiss. Plaintiffs shall file a consolidated memorandum of law in opposition to the Disney Defendants' motion to dismiss, not to exceed 35 pages. The Clerk of Court is respectfully directed to terminate Dkt. No. 67. SO ORDERED. (Signed by Judge Margaret M. Garnett on 3/27/2024) (mml) (Entered: 03/27/2024) |
| 03/29/2024 | 69 | MOTION for Michael H. McGinley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29150376. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FOX Corporation. (Attachments: # 1 Affidavit In Support of Pro Hac Vice Motion, # 2 Exhibit A−Certificate of Good Standing, # 3 Exhibit B−Certificate of Good Standing, # 4 Proposed Order Proposed Order).(McGinley, Michael) (Entered: 03/29/2024) |
| 03/29/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 69 MOTION for Michael H. McGinley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29150376. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 03/29/2024) |
| 04/01/2024 | 70 | ORDER granting 69 Motion for Michael H. McGinley to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 04/01/2024) |
| 04/02/2024 | 71 | MOTION for Erica Lee Fruiterman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29165637. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FOX Corporation. (Attachments: # 1 Affidavit In Support of Pro Hac Vice Admission, # 2 Proposed Order Proposed |

| | | |
|---|---|---|
| | | Order).(Fruiterman, Erica) (Entered: 04/02/2024) |
| 04/03/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 71 MOTION for Erica Lee Fruiterman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29165637. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/03/2024) |
| 04/03/2024 | 72 | ORDER granting 71 Motion for Erica Lee Fruiterman to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 04/03/2024) |
| 04/08/2024 | 73 | LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 04/08/2024) |
| 04/08/2024 | 74 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #94)** NOTICE of Motion for Preliminary Injunction. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) Modified on 4/9/2024 (kj). (Entered: 04/08/2024) |
| 04/08/2024 | 75 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #95)** MEMORANDUM OF LAW in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024. . Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) Modified on 4/10/2024 (kj). (Entered: 04/08/2024) |
| 04/08/2024 | 76 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #96)** ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024. *(SEALED)*. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 73 .(Hansen, Mark) Modified on 4/10/2024 (kj). **As per email request 4/9/2024, 5:02 PM –** (Entered: 04/08/2024) |
| 04/08/2024 | 77 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #97)** DECLARATION of Thomas G. Schultz in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8).(Schultz, Thomas) Modified on 4/10/2024 (kj). (Entered: 04/08/2024) |
| 04/08/2024 | 78 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #98)** DECLARATION of Jonathan Orszag in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24).(Hansen, Mark) Modified on 4/10/2024 (kj). (Entered: 04/08/2024) |
| 04/08/2024 | 79 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #99)** ***SELECTED PARTIES***DECLARATION of Jonathan Orszag in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, Part 1 of 3, # 12 Exhibit 11, Part 2 of 3, # 13 Exhibit 11, Part 3 of 3, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24)Motion or Order to File Under Seal: 73 .(Hansen, Mark) Modified on 4/10/2024 (kj). **As per email request 4/9/2024, 5:02 PM –** (Entered: 04/08/2024) |

| 04/08/2024 | 80 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #81)** DECLARATION of James Trautman in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14).(Hansen, Mark) Modified on 4/9/2024 (kj). (Entered: 04/08/2024) |
|---|---|---|
| 04/08/2024 | 81 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #100)** DECLARATION of James Trautman (CORRECTED) in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18).(Hansen, Mark) Modified on 4/10/2024 (kj). (Entered: 04/08/2024) |
| 04/08/2024 | 82 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #101)** ***SELECTED PARTIES***DECLARATION of James Trautman in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)Motion or Order to File Under Seal: 73 .(Hansen, Mark) Modified on 4/10/2024 (kj). **As per email request 4/9/2024, 5:02 PM –** (Entered: 04/08/2024) |
| 04/08/2024 | 83 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #102)** DECLARATION of David Gandler in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) Modified on 4/10/2024 (kj). (Entered: 04/08/2024) |
| 04/08/2024 | 84 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #103)** ***SELECTED PARTIES***DECLARATION of David Gandler in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 73 .(Hansen, Mark) Modified on 4/10/2024 (kj). **As per email request 4/9/2024, 5:02 PM –** (Entered: 04/08/2024) |
| 04/08/2024 | 85 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #104)** DECLARATION of John Janedis in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1).(Hansen, Mark) Modified on 4/10/2024 (kj). (Entered: 04/08/2024) |
| 04/08/2024 | 86 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #105)** ***SELECTED PARTIES***DECLARATION of John Janedis in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 73 .(Hansen, Mark) Modified on 4/10/2024 (kj). **As per email request 4/9/2024, 5:02 PM –** (Entered: 04/08/2024) |
| 04/08/2024 | 87 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #106)** DECLARATION of Alberto Horihuela in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) Modified on 4/10/2024 (kj). (Entered: 04/08/2024) |

| | | |
|---|---|---|
| 04/08/2024 | 88 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #107)** ***SELECTED PARTIES***DECLARATION of Alberto Horihuela in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 73 .(Hansen, Mark) Modified on 4/10/2024 (kj). **As per email request 4/9/2024, 5:02 PM.** (Entered: 04/08/2024) |
| 04/08/2024 | 89 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #108)** DECLARATION of Todd Mathers in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9).(Hansen, Mark) Modified on 4/10/2024 (kj). (Entered: 04/08/2024) |
| 04/08/2024 | 90 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #109)** ***SELECTED PARTIES***DECLARATION of Todd Mathers in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, Part 1 of 3, # 4 Exhibit 3, Part 2 of 3, # 5 Exhibit 3, Part 3 of 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9)Motion or Order to File Under Seal: 73 .(Hansen, Mark) Modified on 4/10/2024 (kj). **As per email request 4/9/2024, 5:02 PM.** (Entered: 04/08/2024) |
| 04/08/2024 | 91 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #110)** DECLARATION of Henry Ahn in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) Modified on 4/10/2024 (kj). (Entered: 04/08/2024) |
| 04/08/2024 | 92 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #111)** ***SELECTED PARTIES***DECLARATION of Gary Schanman in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 73 .(Hansen, Mark) Modified on 4/10/2024 (kj). **As per email request 4/9/2024, 5:02 PM.** (Entered: 04/08/2024) |
| 04/08/2024 | 93 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #112)** DECLARATION of Robert Thun in Support re: 73 LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 8, 2024.. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) Modified on 4/10/2024 (kj). (Entered: 04/08/2024) |
| 04/08/2024 | 94 | MOTION for Preliminary Injunction . Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 04/08/2024) |
| 04/09/2024 | 95 | MEMORANDUM OF LAW in Support re: 94 MOTION for Preliminary Injunction . . Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 96 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 94 MOTION for Preliminary Injunction . . Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 73 .(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 97 | DECLARATION of Thomas G. Schultz in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8).(Schultz, Thomas) (Entered: 04/09/2024) |

| 04/09/2024 | 98 | DECLARATION of Jonathan Orszag in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24).(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 99 | ***SELECTED PARTIES***DECLARATION of Jonathan Orszag in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, Part 1 of 3, # 12 Exhibit 11, Part 2 of 3, # 13 Exhibit 11, Part 3 of 3, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24)Motion or Order to File Under Seal: 73 .(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 100 | DECLARATION of James Trautman in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18).(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 101 | ***SELECTED PARTIES***DECLARATION of James Trautman in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)Motion or Order to File Under Seal: 73 .(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 102 | DECLARATION of David Gandler in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 103 | ***SELECTED PARTIES***DECLARATION of David Gandler in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 73 .(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 104 | DECLARATION of John Janedis in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1).(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 105 | ***SELECTED PARTIES***DECLARATION of John Janedis in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 73 .(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 106 | DECLARATION of Alberto Horihuela in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 107 | ***SELECTED PARTIES***DECLARATION of Alberto Horihuela in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 73 .(Hansen, Mark) (Entered: 04/09/2024) |

| | | |
|---|---|---|
| 04/09/2024 | 108 | DECLARATION of Todd Mathers in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9).(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 109 | ***SELECTED PARTIES***DECLARATION of Todd Mathers in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, Part 1 of 3, # 4 Exhibit 3, Part 2 of 3, # 5 Exhibit 3, Part 3 of 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9)Motion or Order to File Under Seal: 73 .(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 110 | DECLARATION of Henry Ahn in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 111 | ***SELECTED PARTIES***DECLARATION of Gary Schanman in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 73 .(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 112 | DECLARATION of Robert Thun in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 04/09/2024) |
| 04/09/2024 | 113 | MOTION to Dismiss *the Complaint [ECF No. 1].* Document filed by FOX Corporation..(Levander, Andrew) (Entered: 04/09/2024) |
| 04/09/2024 | 114 | MEMORANDUM OF LAW in Support re: 113 MOTION to Dismiss *the Complaint [ECF No. 1].* . Document filed by FOX Corporation..(Levander, Andrew) (Entered: 04/09/2024) |
| 04/09/2024 | 115 | MOTION to Dismiss *the Complaint.* Document filed by Warner Bros. Discovery, Inc...(Yohai, David) (Entered: 04/09/2024) |
| 04/09/2024 | 116 | MEMORANDUM OF LAW in Support re: 115 MOTION to Dismiss *the Complaint. (Redacted Version).* Document filed by Warner Bros. Discovery, Inc...(Yohai, David) (Entered: 04/09/2024) |
| 04/09/2024 | 117 | LETTER MOTION to Seal */ Redact portions of Defendant Warner Bros. Discovery Inc.'s Memorandum of Law in Support of Its Motion to Dismiss the Complaint* addressed to Judge Margaret M. Garnett from David L. Yohai dated April 9, 2024. Document filed by Warner Bros. Discovery, Inc...(Yohai, David) (Entered: 04/09/2024) |
| 04/09/2024 | 118 | LETTER MOTION for Leave to File 114 Redacted Brief addressed to Judge Margaret M. Garnett from Steven Bizar dated April 1, 2024. Document filed by FOX Corporation..(Levander, Andrew) (Entered: 04/09/2024) |
| 04/09/2024 | 119 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 115 MOTION to Dismiss *the Complaint.* . Document filed by Warner Bros. Discovery, Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, FuboTV Inc., FuboTV Media Inc., Hulu, LLC, The Walt Disney Company. Motion or Order to File Under Seal: 117 .(Yohai, David) (Entered: 04/09/2024) |
| 04/09/2024 | 120 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 113 MOTION to Dismiss *the Complaint [ECF No. 1].* . Document filed by FOX Corporation, ESPN Enterprises, Inc., ESPN, Inc., FuboTV Inc., FuboTV Media Inc., Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 118 .(Levander, Andrew) (Entered: 04/10/2024) |
| 04/10/2024 | 121 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #122)** NOTICE of Motion to Dismiss Plaintiffs' Complaint re: 1 Complaint. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Earnhardt, Joe) Modified on 4/10/2024 (kj). (Entered: 04/10/2024) |

| | | |
|---|---|---|
| 04/10/2024 | 122 | MOTION to Dismiss *the Complaint*. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Earnhardt, Joe) (Entered: 04/10/2024) |
| 04/10/2024 | 123 | JOINT LETTER addressed to Judge Margaret M. Garnett from Mark C. Hansen, Antony L. Ryan, Andrew J. Levander, and David L. Yohai dated April 9, 2024 re: Initial Case Management Conference. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Proposed Order Civil Case Management Plan and Scheduling Order).(Hansen, Mark) (Entered: 04/10/2024) |
| 04/10/2024 | 124 | LETTER MOTION to Seal *(i) portions of Disneys Motion to Dismiss, (ii) portions of the Earnhardt Decl., (iii) Exhibit 2 to the Earnhardt Decl. in its entirety, (iv) portions of Disneys Motion for Judicial Notice, and (v) portions of Defendants Motion to Stay* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated 4/9/2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Earnhardt, Joe) (Entered: 04/10/2024) |
| 04/10/2024 | 125 | MEMORANDUM OF LAW in Support re: 122 MOTION to Dismiss *the Complaint*. *(Redacted Version)*. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Earnhardt, Joe) (Entered: 04/10/2024) |
| 04/10/2024 | 126 | DECLARATION of J. Wesley Earnhardt in Support re: 122 MOTION to Dismiss *the Complaint*.. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Earnhardt, Joe) (Entered: 04/10/2024) |
| 04/10/2024 | 127 | NOTICE of Request for Judicial Notice re: 122 MOTION to Dismiss *the Complaint*.. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Earnhardt, Joe) (Entered: 04/10/2024) |
| 04/10/2024 | 128 | LETTER MOTION to Stay *Discovery* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated 4/9/2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Earnhardt, Joe) (Entered: 04/10/2024) |
| 04/10/2024 | 129 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 122 MOTION to Dismiss *the Complaint*. *(Sealed)*. Document filed by ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, The Walt Disney Company, FOX Corporation, FuboTV Inc., FuboTV Media Inc., Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 124 .(Earnhardt, Joe) (Entered: 04/10/2024) |
| 04/10/2024 | 130 | ***SELECTED PARTIES***DECLARATION of J. Wesley Earnhardt in Support re: 122 MOTION to Dismiss *the Complaint*.. Document filed by ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, The Walt Disney Company, FOX Corporation, FuboTV Inc., FuboTV Media Inc., Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 – (Sealed))Motion or Order to File Under Seal: 124 .(Earnhardt, Joe) (Entered: 04/10/2024) |
| 04/10/2024 | 131 | ***SELECTED PARTIES***NOTICE of Request for Judicial Notice re: 122 MOTION to Dismiss *the Complaint*.. Document filed by ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, The Walt Disney Company, FOX Corporation, FuboTV Inc., FuboTV Media Inc., Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 124 .(Earnhardt, Joe) (Entered: 04/10/2024) |
| 04/10/2024 | 132 | ***SELECTED PARTIES*** LETTER MOTION to Stay *Discovery (Sealed)* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated 4/9/2024. Document filed by ESPN, Inc., ESPN Enterprises, Inc., FOX Corporation, Hulu, LLC, Warner Bros. Discovery, Inc., The Walt Disney Company, FuboTV Inc., FuboTV Media Inc..Motion or Order to File Under Seal: 124 .(Earnhardt, Joe) (Entered: 04/10/2024) |
| 04/10/2024 | 133 | MOTION for Hannah D.C. DePalo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29200222. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Affidavit of Hannah D.C DePalo, # 2 Exhibit Certificate of Good Standing (DC), # 3 Exhibit Certificate of Good Standing (MA), # 4 Proposed Order Proposed Order).(Carlin, Hannah) (Entered: 04/10/2024) |

| 04/10/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 133 MOTION for Hannah D.C. DePalo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29200222. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/10/2024) |
|---|---|---|
| 04/10/2024 | 134 | ORDER granting 133 Motion for Hannah D.C. DePalo to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 04/10/2024) |
| 04/12/2024 | 135 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Mark C. Hansen dated April 12, 2024 re: 128 LETTER MOTION to Stay *Discovery* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated 4/9/2024. . Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 04/12/2024) |
| 04/15/2024 | 136 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 15, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 04/15/2024) |
| 04/16/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Initial Pretrial Conference held on 4/16/2024. Counsel Mark Hansen, Tom Schultz, Joshua Hafenbrack and Hannah DePalo present for Plaintiff. Counsel Wes Earnhardt present for The Walt Disney Company Defendant. Counsel Steven Bizar present for Fox Corporation Defendant. Counsel David Yohai and Adam Hemlock present for Warner Bros. Discovery, Inc. Defendant. (Court Reporter Nadine Kristoferson) (kv) (Entered: 04/16/2024) |
| 04/16/2024 | 137 | ORDER As discussed and for the reasons stated during the April 16 conference, it is hereby ORDERED that the parties shall file a joint letter, no later than Noon on Friday, April 19, 2024, regarding the hearing date for Plaintiffs' Preliminary Injunction motion and a schedule for limited discovery solely for purposes of litigating and resolving the Preliminary Injunction motion. Briefing on all other pending motions is stayed, and discovery unnecessary to the Preliminary Injunction motion is also stayed. (HEREBY ORDERED by Judge Margaret M. Garnett) (Text Only Order) (Garnett, Margaret) (Entered: 04/16/2024) |
| 04/17/2024 | 138 | ORDER: It is hereby ORDERED that, no later than one week from the date of this Order, each party shall notify the Court via email at GarnettNYSDChambers@nysd.uscourts.gov, designating no more than two attorneys in charge of the matter for each party in this action. The designated attorney(s) must have appropriate authority to bind the party he or she represents at any future proceedings, subject to necessary client consultation, and will be the attorney(s) who receive any electronic communication that may come directly from the Court's staff. At least one of the designated attorneys for each party is required to be present at each conference before the Court, absent prior permission to substitute. Nothing in this Order limits any party as to the number of attorneys of record that may file notices of appearance on ECF or receive ECF notifications in this action. SO ORDERED. (Signed by Judge Margaret M. Garnett on 4/17/2024) (mml) (Entered: 04/17/2024) |
| 04/19/2024 | 139 | JOINT LETTER addressed to Judge Margaret M. Garnett from Mark C. Hansen, Antony L. Ryan, Andrew J. Levander, and David L. Yohai dated April 19, 2024 re: Hearing Date and Discovery Schedule. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit A).(Hansen, Mark) (Entered: 04/19/2024) |
| 04/19/2024 | 140 | ORDER: It is HEREBY ORDERED that the hearing on Plaintiffs' Motion for Preliminary Injunction (the "PI Hearing") will be held on Wednesday, August 7, 2024 at 9:30 a.m., and will continue on subsequent days as necessary. The PI Hearing will be held in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The date of the PI Hearing should be treated as firm and will not be moved absent extraordinary circumstances. It is FURTHER ORDERED that the parties shall comply with the following discovery schedule in advance of the PI Hearing, which has been adopted from Exhibit A of the parties' joint letter, see Dkt. No. 139–1, with minor modifications by the Court indicated in red text. As stated at the April 16, 2024 conference, the parties are free to modify the interim discovery dates between each other on consent without leave of Court, but should endeavor to raise any discovery disputes related to each event in advance of the corresponding date |

| | | |
|---|---|---|
| | | indicated below, as further set forth herein. (Fact Discovery due by 6/28/2024. Expert Discovery due by 7/25/2024. Responses due by 7/25/2024 Replies due by 8/1/2024. Preliminary Injunction Hearing set for 8/7/2024 at 09:30 AM in Courtroom 906, 40 Centre Street, New York, NY 10007 before Judge Margaret M. Garnett.) (Signed by Judge Margaret M. Garnett on 4/19/2024) (mml) (Entered: 04/19/2024) |
| 04/23/2024 | 141 | ORDER denying without prejudice 136 Letter Motion for Leave to File Excess Pages: Application DENIED WITHOUT PREJUDICE. As discussed at the conference on April 16, 2024, briefing on Defendants' motions to dismiss (Dkt. Nos. 113, 115, and 122) is stayed. The denial of Plaintiffs' application is without prejudice to renewal when a new briefing schedule is set for Defendants' motions to dismiss. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (Garnett, Margaret) Transmission to Office of the Clerk of Court for processing. (Entered: 04/23/2024) |
| 04/23/2024 | 142 | ORDER granting in part and denying in part 128 Motion to Stay, 132 LETTER MOTION to Stay: Application GRANTED IN PART and DENIED IN PART. As set forth in the Court's April 19, 2024 Order (Dkt. No. 140), the parties shall engage in limited discovery related to Plaintiffs' Motion for Preliminary Injunction. All other discovery is currently stayed. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 128 & 132. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (Garnett, Margaret) Transmission to Office of the Clerk of Court for processing. (Entered: 04/23/2024) |
| 04/29/2024 | 143 | LETTER MOTION to Seal *Portions of Amended Complaint* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated April 29, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 04/29/2024) |
| 04/29/2024 | 144 | AMENDED COMPLAINT amending 1 Complaint against ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc. with JURY DEMAND.Document filed by FuboTV Media Inc., FuboTV Inc.. Related document: 1 Complaint. (Attachments: # 1 Exhibit 1 − Redline of Redacted Amended Complaint).(Hansen, Mark) (Entered: 04/29/2024) |
| 04/29/2024 | 145 | ***SELECTED PARTIES*** AMENDED COMPLAINT amending 1 Complaint against ESPN, Inc., ESPN Enterprises, Inc., FOX Corporation, Hulu, LLC, Warner Bros. Discovery, Inc., The Walt Disney Company with JURY DEMAND.Document filed by ESPN, Inc., FuboTV Media Inc., ESPN Enterprises, Inc., FOX Corporation, Hulu, LLC, FuboTV Inc., Warner Bros. Discovery, Inc., The Walt Disney Company. Related document: 1 Complaint. (Attachments: # 1 Exhibit 1 − Redline of Sealed Amended Complaint)Motion or Order to File Under Seal: 143 .(Hansen, Mark) (Entered: 04/29/2024) |
| 04/30/2024 | 146 | ORDER By Order entered on April 23, 2024, and as discussed with counsel for the parties at the April 16, 2024 conference, the Court stayed all briefing on Defendants' pending motions to dismiss in order to prioritize the limited discovery related to Plaintiffs Motion for Preliminary Injunction and the parties' preparation for the Preliminary Injunction Hearing to be held on August 7, 2024. See Dkt. No. 141. On April 29, 2024, Plaintiffs FuboTV, Inc. and FuboTV Media Inc. filed an Amended Complaint. It is hereby ORDERED, for the avoidance of doubt, that any deadline, provided by Rule or otherwise, by which the Defendants must respond to the Amended Complaint is HEREBY ADJOURNED pending the outcome of the August 7, 2024 Preliminary Injunction Hearing. Defendants should not answer, move to dismiss, or otherwise respond to the Amended Complaint in any way absent leave of Court. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett) (Text Only Order) (Garnett, Margaret) (Entered: 04/30/2024) |
| 04/30/2024 | 147 | ORDER granting 73 Letter Motion to Seal; granting 117 Letter Motion to Seal; granting 118 Letter Motion for Leave to File Document; granting 124 Letter Motion to Seal; granting 143 Letter Motion to Seal. For the reasons set forth above, the Motions to Seal are GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 73, 117, 118, 124, and 143. (Signed by Judge Margaret M. Garnett on 4/30/2024) (rro) (Entered: 04/30/2024) |
| 05/01/2024 | 148 | **FILING ERROR – PDF ERROR –** MOTION for John Jay Jurata, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29298978. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FOX Corporation. (Attachments: # 1 Affidavit of John Jay Jurata, Jr. In Support, # 2 Exhibit |

| | | |
|---|---|---|
| | | A, # <u>3</u> Exhibit B, # <u>4</u> Proposed Order Proposed Order).(Jurata, John) Modified on 5/2/2024 (bc). (Entered: 05/01/2024) |
| 05/02/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. <u>148</u> MOTION for John Jay Jurata, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29298978. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 05/02/2024) |
| 05/03/2024 | <u>149</u> | TRANSCRIPT of Proceedings re: CONFERNECE held on 4/16/2024 before Judge Margaret M. Garnett. Court Reporter/Transcriber: Nadine Kristoferson, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/24/2024. Redacted Transcript Deadline set for 6/3/2024. Release of Transcript Restriction set for 8/1/2024..(McGuirk, Kelly) (Entered: 05/03/2024) |
| 05/03/2024 | <u>150</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 4/16/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/03/2024) |
| 05/06/2024 | <u>151</u> | NOTICE OF CHANGE OF ADDRESS by Joe Wesley Earnhardt on behalf of ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company. New Address: Cravath, Swaine & Moore LLP, Two Manhattan West, 375 Ninth Avenue, New York, NY, 10001, 2124741000..(Earnhardt, Joe) (Entered: 05/06/2024) |
| 05/06/2024 | <u>152</u> | NOTICE OF APPEARANCE by Damaris Hernandez on behalf of ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Hernandez, Damaris) (Entered: 05/06/2024) |
| 05/06/2024 | <u>153</u> | NOTICE OF APPEARANCE by Kathleen E Young on behalf of ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Young, Kathleen) (Entered: 05/06/2024) |
| 05/06/2024 | <u>154</u> | NOTICE OF APPEARANCE by Brian Golger on behalf of ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Golger, Brian) (Entered: 05/06/2024) |
| 05/06/2024 | <u>155</u> | NOTICE OF APPEARANCE by Anissa Badea on behalf of ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Badea, Anissa) (Entered: 05/06/2024) |
| 05/07/2024 | <u>156</u> | MOTION for John (Jay) Jurata, Jr. to Appear Pro Hac Vice *(Receipt number ANYSDC–29298978).* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FOX Corporation. (Attachments: # <u>1</u> Affidavit of John (Jay) Jurata, Jr. In Support,, # <u>2</u> Exhibit A, # <u>3</u> Exhibit B, # <u>4</u> Proposed Order for Admission of John (Jay) Jurata, Jr. Pro Hac Vice).(Jurata, John) (Entered: 05/07/2024) |
| 05/07/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>156</u> MOTION for John (Jay) Jurata, Jr. to Appear Pro Hac Vice *(Receipt number ANYSDC–29298978).* Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/07/2024) |
| 05/07/2024 | 157 | ORDER granting <u>156</u> Motion for John (Jay) Jurata, Jr. to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 05/07/2024) |
| 05/10/2024 | <u>158</u> | NOTICE OF APPEARANCE by Austin Joseph Green on behalf of Warner Bros. Discovery, Inc...(Green, Austin) (Entered: 05/10/2024) |

| | | |
|---|---|---|
| 05/14/2024 | 159 | LETTER MOTION to Seal *Supplemental Expert Declaration of Jonathan Orszag* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated May 14, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 05/14/2024) |
| 05/14/2024 | 160 | LETTER MOTION for Discovery *to Supplement Expert Disclosures* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated May 14, 2024. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1 − Redacted Supplemental Expert Declaration of Jonathan Orszag).(Schultz, Thomas) (Entered: 05/14/2024) |
| 05/14/2024 | 161 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *to Supplement Expert Disclosures* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated May 14, 2024. Document filed by FuboTV Media Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1 − Sealed Supplemental Expert Declaration of Jonathan Orszag)Motion or Order to File Under Seal: 159 .(Schultz, Thomas) Modified on 6/28/2024 (kv). (Entered: 05/14/2024) |
| 05/16/2024 | 162 | MOTION for Rachel T. Anderson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29364502. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Affidavit of Rachel T. Anderson, # 2 Exhibit Certificate of Good Standing (DC), # 3 Proposed Order Proposed Order).(Anderson, Rachel) (Entered: 05/16/2024) |
| 05/16/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 162 MOTION for Rachel T. Anderson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29364502. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 05/16/2024) |
| 05/16/2024 | 163 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from J. Wes Earnhardt dated May 16, 2024 re: 160 LETTER MOTION for Discovery *to Supplement Expert Disclosures* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated May 14, 2024. . Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Earnhardt, Joe) (Entered: 05/16/2024) |
| 05/17/2024 | 164 | ORDER granting 162 Motion for Rachel T. Anderson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 05/17/2024) |
| 05/20/2024 | 165 | MOTION for Gavan W. Duffy Gideon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29376635. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Affidavit of Gavan W. Duffy Gideon, # 2 Exhibit Certificate of Good Standing (DC), # 3 Exhibit Certificate of Good Standing (NY), # 4 Proposed Order Proposed Order).(Duffy Gideon, Gavan) (Entered: 05/20/2024) |
| 05/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 165 MOTION for Gavan W. Duffy Gideon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29376635. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/20/2024) |
| 05/20/2024 | 166 | ORDER granting 165 Motion for Gavan W. Duffy Gideon to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 05/20/2024) |
| 05/21/2024 | 167 | MOTION for Katherine V. Tondrowski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29385177. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Affidavit of Katherine V. Tondrowski, # 2 Exhibit Certificate of Good Standing (DC), # 3 Proposed Order Proposed Order).(Tondrowski, Katherine) (Entered: 05/21/2024) |

| | | |
|---|---|---|
| 05/22/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>167</u> MOTION for Katherine V. Tondrowski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29385177. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/22/2024) |
| 05/22/2024 | 168 | ORDER granting <u>167</u> Motion for Katherine V. Tondrowski to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 05/22/2024) |
| 05/22/2024 | <u>169</u> | MOTION for Matthew J. Wilkins to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29387560. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # <u>1</u> Affidavit of Matthew J. Wilkins, # <u>2</u> Exhibit Certificate of Good Standing (DC), # <u>3</u> Exhibit Certificate of Good Standing (NY), # <u>4</u> Proposed Order Proposed Order).(Wilkins, Matthew) (Entered: 05/22/2024) |
| 05/22/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>169</u> MOTION for Matthew J. Wilkins to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29387560. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/22/2024) |
| 05/22/2024 | 170 | ORDER granting <u>169</u> Motion for Matthew J. Wilkins to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 05/22/2024) |
| 05/22/2024 | <u>171</u> | ORDER granting <u>159</u> Letter Motion to Seal; granting <u>160</u> Letter Motion for Discovery. The Court having considered the parties' positions as set forth in Dkt. Nos. 160 and 163, Plaintiffs' motion is hereby GRANTED, as follows: First, the Supplemental Expert Declaration of Jonathan Orszag is hereby deemed filed and included in the record for Plaintiffs' Preliminary Injunction Motion. Second, the Preliminary Injunction schedule is hereby amended to allow Plaintiffs' experts to file supplemental expert disclosures on June 24, 2024, for the limited purpose described above. Any such disclosures shall be narrowly tailored as described in Plaintiffs' submission to the Court, namely, any such supplemental disclosures must be strictly limited to analysis of documents and data produced during fact discovery and shall clearly indicate what is new or changed from the initial disclosures (either by submitting the supplement as a separate, limited stand−alone document, or by red−lining against the initial disclosures, as illustrative examples). Finally, the Court, having granted in this Order Plaintiffs' request to file the Supplemental Orszag Declaration, hereby also GRANTS Plaintiffs' letter motion on consent to seal that document. See Dkt. No. 159. The Court, having reviewed the document, finds that good cause exists for sealing and redacting it as proposed by Plaintiffs. The Clerk of Court is respectfully directed to terminate Dkt. No. 159. SO ORDERED. (Signed by Judge Margaret M. Garnett on 5/22/2024) (mml) (Entered: 05/22/2024) |
| 05/22/2024 | <u>172</u> | MOTION for Dennis D. Howe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29390026. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # <u>1</u> Affidavit of Dennis D. Howe, # <u>2</u> Exhibit Certificate of Good Standing (DC), # <u>3</u> Exhibit Certificate of Good Standing (NY), # <u>4</u> Proposed Order Proposed Order).(Howe, Dennis) (Entered: 05/22/2024) |
| 05/22/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>172</u> MOTION for Dennis D. Howe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29390026. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/22/2024) |
| 05/22/2024 | 173 | ORDER granting <u>172</u> Motion for Dennis D. Howe to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 05/22/2024) |
| 05/23/2024 | <u>174</u> | MOTION for Geoffrey J.H. Block to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29393416. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit of Geoffrey J.H. Block, # 2 Exhibit Certificate of Good Standing (DC), # 3 Exhibit Certificate of Good Standing (MD), # 4 Proposed Order Proposed Order).(Block, Geoffrey) (Entered: 05/23/2024) |
| 05/23/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 174 MOTION for Geoffrey J.H. Block to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29393416. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/23/2024) |
| 05/23/2024 | 175 | ORDER granting 174 Motion for Geoffrey J.H. Block to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 05/23/2024) |
| 05/23/2024 | 176 | LETTER MOTION to Compel Defendants to Produce Documents addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated May 23, 2024. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Exhibit 1, # 4 Exhibit 2).(Schultz, Thomas) Modified on 6/28/2024 (kv). (Entered: 05/23/2024) |
| 05/28/2024 | 177 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated May 28, 2024 re: 176 LETTER MOTION to Compel Defendants to Produce Documents addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated May 23, 2024. . Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Earnhardt, Joe) (Entered: 05/28/2024) |
| 05/29/2024 | 178 | ORDER: It is hereby ORDERED that the parties appear for a conference with the Court on Friday, May 31, 2024 at 1:30p.m. The conference will be held by Microsoft Teams. The Teams meeting ID and passcode are as follows Meeting ID: 277 550 436 178 // Passcode: K5MfBN. Counsel will be sent a direct link to the Teams Meeting prior to the conference and are directed to the Court's Individual Rule II(A)(2) for procedures pertaining to video conferences with the Court. At the conference, the parties shall be ready to discuss the issues raised in letters submitted to the Court at Dkt. Nos. 176 and 177. Any press or members of the public who join the conference must remain muted with cameras off throughout the proceedings, or otherwise will be removed from the video conference. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett) (Text Only Order) (Garnett, Margaret) (Entered: 05/29/2024) |
| 05/31/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Status Conference held on 5/31/2024. Counsel Joshua Hafenbrack and Rachel Anderson present for Plaintiffs. Counsel Wes Earnhardt present for Defendant The Walt Disney Company. Counsel Steven Bizar and Andrew Levander present for Defendant Fox Corporation. Counsel David Yohai and Adam Hemlock present for Defendant Warner Bros. Discovery, Inc. (Court Reporter Nadine Kristoferson) (kv) (Entered: 05/31/2024) |
| 05/31/2024 | 179 | LETTER MOTION to Compel Defendants to Produce *Text Messages* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated May 31, 2024. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Schultz, Thomas) (Entered: 05/31/2024) |
| 06/03/2024 | 180 | PROPOSED STIPULATION AND ORDER. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 06/03/2024) |
| 06/04/2024 | 181 | LETTER RESPONSE to Motion addressed to Judge Margaret M. Garnett from Andrew Levander dated June 4, 2024 re: 179 LETTER MOTION to Compel Defendants to Produce *Text Messages* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated May 31, 2024. . Document filed by FOX Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Levander, Andrew) (Entered: 06/04/2024) |
| 06/05/2024 | 182 | ORDER denying 179 Letter Motion to Compel. Given the narrowly tailored nature of discovery relevant to the Preliminary Injunction Hearing, the fast−approaching deadline for substantial completion of document productions, Fubo's delay in confirming with Defendants (despite numerous meet−and−confers regarding electronic discovery methods) that text messages were understood to be included in the definition |

| | | |
|---|---|---|
| | | of "communication" in their Requests for Production, and the significant burden that a collection and review of text messages on such an expedited timeline would present for Defendants, Fubo's Motion to Compel at Dkt. No. 179 is HEREBY DENIED. This Order is without prejudice to Fubo's ability to seek text messages in the course of normal, broader discovery post–PI Hearing, should such discovery go forward. SO ORDERED. (Signed by Judge Margaret M. Garnett on 6/5/2024) (mml) (Entered: 06/05/2024) |
| 06/07/2024 | 183 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO ORDERED. (Signed by Judge Margaret M. Garnett on 6/7/2024) (kv) (Main Document 183 replaced on 6/7/2024) (kv). (Entered: 06/07/2024) |
| 06/14/2024 | 184 | LETTER MOTION to Seal *Exhibit 2* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated June 14, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 06/14/2024) |
| 06/14/2024 | 185 | LETTER MOTION for Discovery *to Quash Depositions* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated June 14, 2024. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Schultz, Thomas) (Entered: 06/14/2024) |
| 06/14/2024 | 186 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *to Quash Depositions* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated June 14, 2024. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 184 .(Schultz, Thomas) (Entered: 06/14/2024) |
| 06/17/2024 | 187 | TRANSCRIPT of Proceedings re: CONFERNECE held on 5/31/2024 before Judge Margaret M. Garnett. Court Reporter/Transcriber: Nadine Kristoferson, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/8/2024. Redacted Transcript Deadline set for 7/18/2024. Release of Transcript Restriction set for 9/16/2024..(McGuirk, Kelly) (Entered: 06/17/2024) |
| 06/17/2024 | 188 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 5/31/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/17/2024) |
| 06/18/2024 | 189 | LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Antony L. Ryan dated June 18, 2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Ryan, Antony) (Entered: 06/18/2024) |
| 06/19/2024 | 190 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Antony L. Ryan dated June 18, 2024 re: 185 LETTER MOTION for Discovery *to Quash Depositions* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated June 14, 2024. . Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1).(Ryan, Antony) (Entered: 06/19/2024) |
| 06/19/2024 | 191 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Antony L. Ryan dated June 18, 2024 re: 185 LETTER MOTION for Discovery *to Quash Depositions* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated June 14, 2024. . Document filed by ESPN, Inc., ESPN Enterprises, Inc., FOX Corporation, Hulu, LLC, Warner Bros. Discovery, Inc., The Walt Disney Company, FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 189 .(Ryan, Antony) (Entered: 06/19/2024) |

| | | |
|---|---|---|
| 06/19/2024 | 192 | MOTION for James M. Webster III to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29505748. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Affidavit of James M. Webster III, # 2 Exhibit Certificate of Good Standing (DC), # 3 Exhibit Certificate of Good Standing (MD), # 4 Proposed Order Proposed Order).(Webster, James) (Entered: 06/19/2024) |
| 06/20/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 192 MOTION for James M. Webster III to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29505748. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/20/2024) |
| 06/20/2024 | 193 | ORDER granting 192 Motion for James M. Webster III to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 06/20/2024) |
| 06/20/2024 | 194 | ORDER: It is hereby ORDERED that the parties appear for a conference with the Court on June 20, 2024 at 4:00 p.m. The conference will be held by Microsoft Teams. The Teams meeting ID and passcode are as follows Meeting ID: 252 516 882 428 // Passcode: 57iL5k. At the conference, the parties shall be ready to discuss the issues raised in letters submitted to the Court at Dkt. Nos. 185/186 and 190/191. Any press or members of the public who join the conference must remain muted with cameras off throughout the proceedings, or otherwise will be removed from the video conference. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett) (Text Only Order) (Garnett, Margaret) (Entered: 06/20/2024) |
| 06/20/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Status Conference held on 6/20/2024. Counsel Thomas Schultz present for Plaintiff. Counsel Antony Ryan present for Defendant,The Walt Disney Company. Counsel Andrew Levander and Steven Bizar present for Defendant, Fox Corporation. Counsel Theodore Tsekerides present for Defendant, Warner Bros. Discovery, Inc. (Court Reporter Devon Gerber) (kv) (Entered: 06/20/2024) |
| 06/20/2024 | 195 | ORDER granting 184 Letter Motion to Seal; granting 189 Letter Motion to Seal. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 06/20/2024) |
| 06/25/2024 | 196 | TRANSCRIPT of Proceedings re: CONFERNECE held on 6/20/2024 before Judge Margaret M. Garnett. Court Reporter/Transcriber: Amy Walker, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/16/2024. Redacted Transcript Deadline set for 7/26/2024. Release of Transcript Restriction set for 9/23/2024..(McGuirk, Kelly) (Entered: 06/25/2024) |
| 06/25/2024 | 197 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 6/20/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/25/2024) |
| 06/28/2024 | 198 | ORDER: It is hereby ORDERED that the parties appear for a conference with the Court on June 28, 2024 at 9:30a.m. The conference will be held by Microsoft Teams. The Teams meeting ID and passcode are as follows Meeting ID: 274 596 254 597 // Passcode: NCbDgk. At the conference, the Court will hear from the parties regarding certain ongoing discovery disputes raised in the letters submitted at Dkt. Nos. 185/186 and 190/191 and as discussed on the record during the June 20, 2024 conference. Any press or members of the public who join the conference must remain muted with cameras off throughout the proceedings, or otherwise will be removed from the video conference. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett) (Text Only Order) (Garnett, Margaret) (Entered: 06/28/2024) |
| 06/28/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Discovery Hearing held on 6/28/2024. Counsel Joseph Hall and Tom Schultz present for |

| | | Plaintiffs. Counsel Antony Ryan and Wes Earnhardt present for The Walt Disney Company, ESPN, Inc., ESPN Enterprises, Inc. and Hulu, LLC Defendants. Counsel Andrew Levander present for Fox Corporation Defendant. Counsel Adam Hemlock present for Warner Bros. Discovery, Inc. Defendant. (Court Reporter Tracy Groth) (kv) (Entered: 06/28/2024) |
|---|---|---|
| 06/28/2024 | 199 | ORDER granting in part and denying in part 185 186 Letter Motion for Discovery. As discussed on the record at the June 20, 2024 and June 28, 2024 conferences, Plaintiffs' Motion to Quash Depositions at Dkt. Nos. 185/186 has been GRANTED IN PART and DENIED IN PART as follows: (1) Plaintiffs will make available Ben Grad, Ameet Padte, and Sal Marchesano for half–day (four hours) depositions; absent Defendants' consent, the depositions must occur by July 3. (2) The Declaration of Henry Ahn at Dkt. No. 110 is HEREBY WITHDRAWN from the record in support of the Motion for Preliminary Injunction on consent of the Plaintiffs and, accordingly, Defendants have withdrawn their request for the deposition of Mr. Ahn. (3) Following the depositions of Todd Mathers and Alberto Horihuela, Defendants have withdrawn their requests for the depositions of Marisa Elizondo and Yale Wang. Finally, at the request of the parties, the PI Hearing is HEREBY RESCHEDULED to begin on Tuesday, August 6, 2024 at 9:45a.m. and will continue through Friday, August 9, 2024, as needed. All other dates and deadlines remain unchanged. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (Garnett, Margaret) (Entered: 06/28/2024) |
| 06/28/2024 | 200 | TRANSCRIPT of Proceedings re: CONFERNECE held on 6/20/2024 before Judge Margaret M. Garnett. Court Reporter/Transcriber: Andrew Walker, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/26/2024..(McGuirk, Kelly) (Entered: 06/28/2024) |
| 06/28/2024 | 201 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 6/20/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/28/2024) |
| 06/29/2024 | 202 | LETTER MOTION to Seal *Motion to Compel* addressed to Judge Margaret M. Garnett from Geoffrey J.H. Block dated June 28, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Block, Geoffrey) (Entered: 06/29/2024) |
| 06/29/2024 | 203 | LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Damaris Hernandez dated June 28, 2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Hernandez, Damaris) (Entered: 06/29/2024) |
| 06/29/2024 | 204 | ***SELECTED PARTIES*** LETTER MOTION to Compel Defendant Fox to Produce *Unredacted Documents* addressed to Judge Margaret M. Garnett from Geoffrey J.H. Block dated June 28, 2024. Document filed by FuboTV Media Inc., FuboTV Inc., FOX Corporation. (Attachments: # 1 Appendix A, # 2 Exhibit A)Motion or Order to File Under Seal: 202 .(Block, Geoffrey) (Entered: 06/29/2024) |
| 06/29/2024 | 205 | LETTER MOTION to Compel addressed to Judge Margaret M. Garnett from Damaris Hernandez dated June 28, 2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Hernandez, Damaris) (Entered: 06/29/2024) |
| 06/29/2024 | 206 | ***SELECTED PARTIES*** LETTER MOTION to Compel addressed to Judge Margaret M. Garnett from Damaris Hernandez dated June 28, 2024. Document filed by ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, The Walt Disney Company, FOX Corporation, FuboTV Inc., FuboTV Media Inc., Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 203 .(Hernandez, Damaris) (Entered: 06/29/2024) |

| | | |
|---|---|---|
| 07/01/2024 | 207 | ORDER: It is hereby ORDERED that the parties appear for a conference with the Court on July 2, 2024, at 11:00 a.m. The conference will be held by Microsoft Teams. The Teams meeting ID and passcode are as follows – Meeting ID: 223 572 465 778 // Passcode: 5K7oNv. A direct link to the Teams Meeting will be sent to counsel for the parties prior to the conference. At the conference, the Court will hear from the parties regarding the discovery motions at Dkt. Nos. 204 and 205/206. Any press or members of the public who join the conference must remain muted with cameras off throughout the proceedings, or otherwise will be removed from the video conference. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett) (Text Only Order) (kv) (Entered: 07/01/2024) |
| 07/01/2024 | 208 | TRANSCRIPT of Proceedings re: CONFERNECE held on 6/28/2024 before Judge Margaret M. Garnett. Court Reporter/Transcriber: Tracy Groth, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/22/2024. Redacted Transcript Deadline set for 8/1/2024. Release of Transcript Restriction set for 9/30/2024..(McGuirk, Kelly) (Entered: 07/01/2024) |
| 07/01/2024 | 209 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 6/28/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/01/2024) |
| 07/01/2024 | 210 | LETTER MOTION to Seal *Opposition to Letter Motion to Compel, exhibits and Appendix in Support of Letter in Opposition[Dkt. No 204]* addressed to Judge Margaret M. Garnett from Andrew Levander dated July 1, 2024. Document filed by FOX Corporation..(Levander, Andrew) (Entered: 07/01/2024) |
| 07/01/2024 | 211 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Andrew Levander dated July 1,2024 re: 204 LETTER MOTION to Compel Defendant Fox to Produce *Unredacted Documents* addressed to Judge Margaret M. Garnett from Geoffrey J.H. Block dated June 28, 2024. . Document filed by FOX Corporation, ESPN Enterprises, Inc., ESPN, Inc., FuboTV Inc., FuboTV Media Inc., Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Appendix A., # 2 Exhibit 1., # 3 Exhibit 2., # 4 Exhibit 3.)Motion or Order to File Under Seal: 210 .(Levander, Andrew) (Entered: 07/01/2024) |
| 07/01/2024 | 212 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Olivier N. Antoine, Esq. dated 7/1/2024 re: 205 LETTER MOTION to Compel addressed to Judge Margaret M. Garnett from Damaris Hernandez dated June 28, 2024. . Document filed by Directv LLC. (Attachments: # 1 Exhibit 1 – DIRECTV'S response to Disney subpoena.).(Antoine, Olivier) (Entered: 07/01/2024) |
| 07/01/2024 | 213 | CONSENT LETTER MOTION to Seal *the redacted opposition to ECF #205,* addressed to Judge Margaret M. Garnett from Olivier N. Antoine, Esq. dated 7/1/2024. Document filed by Directv LLC. (Attachments: # 1 Exhibit to DIRECTV's letter–motion to seal its opposition to ECF #205., # 2 Exhibit 1 to DIRECTV's opposition to ECF #205.).(Antoine, Olivier) (Entered: 07/01/2024) |
| 07/02/2024 | 214 | NOTICE OF APPEARANCE by Jared Alexander Levine on behalf of Directv LLC..(Levine, Jared) (Entered: 07/02/2024) |
| 07/02/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Discovery Hearing held on 7/2/2024. Counsel Geoffrey Block present for Plaintiff. Counsel Damaris Hernandez present for Defendant, The Walt Disney Company. Counsel Steven Engel and Andrew Lavendar present for Fox Corporation. Counsel Jared Lavine present for Non–Party, Direct TV.(Court Reporter Devon Gerber) (kv) (Entered: 07/02/2024) |
| 07/02/2024 | 215 | ORDER granting 202 Letter Motion to Seal; granting 203 Letter Motion to Seal; granting 210 Letter Motion to Seal; granting 213 Letter Motion to Seal. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: |

| | | 07/02/2024) |
|---|---|---|
| 07/02/2024 | 216 | ORDER granting in part and denying in part 204 Letter Motion to Compel; granting in part and denying in part 205 Letter Motion to Compel; granting in part and denying in part 206 Letter Motion to Compel. For the reasons stated on the record at the July 2, 2024 conference with the parties, Plaintiff's Motion to Compel the removal of redactions from Fox's production (Dkt. No. 204) is GRANTED IN PART and DENIED IN PART, and the Disney Defendants' Motion to Compel document production from third–party DirectV at Dkt. Nos. 205/ 206 is likewise GRANTED IN PART and DENIED IN PART. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (Garnett, Margaret) (Entered: 07/02/2024) |
| 07/05/2024 | 217 | JOINT LETTER addressed to Judge Margaret M. Garnett from Thomas G. Schultz, Antony L. Ryan, Andrew J. Levander, and David L. Yohai dated July 5, 2024 re: Amended Stipulated Protective Order. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Schultz, Thomas) (Entered: 07/05/2024) |
| 07/08/2024 | 218 | AMENDED STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO STIPULATED AND AGREED. SO ORDERED. (Signed by Judge Margaret M. Garnett on 7/8/2024) (jca) (Entered: 07/08/2024) |
| 07/18/2024 | 219 | LETTER addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated July 18, 2024 re: Proposed Joint Pre–Hearing Stipulation. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company. (Attachments: # 1 Exhibit 1 – [Proposed] Joint Pre–Hearing Stipulation).(Earnhardt, Joe) (Entered: 07/18/2024) |
| 07/19/2024 | 220 | JOINT PRE–HEARING STIPULATION Consistent with the Court's April 19, 2024 Scheduling Order (Dkt. 140), the Parties shall not file a Joint Pretrial Order or Proposed Findings of Fact and Conclusions of Law and instead will address the facts and law in their respective briefs filed in connection with Fubo's Motion for Preliminary Injunction. Fubo shall file a single Reply in Support of Plaintiff's Motion for Preliminary Injunction of up to 45 pages. Consistent with Ms. Ghotbi's email to counsel of record dated June 28, 2024, the Parties shall file their witness and exhibits lists by August 1, 2024 (as opposed to the July 29, 2024 date that was in the April 19, 2024 Scheduling Order (Dkt. 140)). The Parties shall file deposition designations by August 1, 2024. SO STIPULATED AND AGREED. (And as further set forth herein.) SO ORDERED. (Deposition due by 8/1/2024.) (Signed by Judge Margaret M. Garnett on 7/19/2024) (jca) (Entered: 07/19/2024) |
| 07/19/2024 | 221 | LETTER MOTION for Discovery *re: Deposition Video at the PI Hearing* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated July 19, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 07/19/2024) |
| 07/22/2024 | 222 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated July 22, 2024 re: 221 LETTER MOTION for Discovery *re: Deposition Video at the PI Hearing* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated July 19, 2024. . Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Earnhardt, Joe) (Entered: 07/22/2024) |
| 07/22/2024 | 223 | LETTER MOTION to Seal *Motion to Compel* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated July 22, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 07/22/2024) |
| 07/22/2024 | 224 | LETTER MOTION to Compel Defendants to Produce *Inter–Defendant Communications* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated July 22, 2024. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10).(Schultz, Thomas) (Entered: 07/22/2024) |
| 07/22/2024 | 225 | ***SELECTED PARTIES*** LETTER MOTION to Compel Defendants to Produce *Inter–Defendant Communications* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated July 22, 2024. Document filed by FuboTV Media Inc., |

| | | |
|---|---|---|
| | | FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10)Motion or Order to File Under Seal: 223 .(Schultz, Thomas) (Entered: 07/22/2024) |
| 07/24/2024 | 226 | ORDER granting 221 Letter Motion for Discovery. GRANTED. Given the anticipated length of the parties' deposition designations, the Court would prefer to review the deposition videos outside of the in−court time scheduled for the preliminary injunction hearing. As the deposition designations will be finalized and submitted on August 1, 2024, see Dkt. No. 220 Joint Pre−Hearing Stipulation para. 10, counsel for the parties are ORDERED to provide the Court with the deposition videos by no later than Friday, August 2, 2024 at 5:00 p.m. The videos shall be transmitted to the Court by sending a link to a secure file−sharing site to Chambers at GarnettNYSDChambers@nysd.uscourts.gov. SO ORDERED.. (Signed by Judge Margaret M. Garnett on 7/24/2024) (kv) (Entered: 07/24/2024) |
| 07/24/2024 | 227 | ORDER: It is HEREBY ORDERED that the location for the hearing on Plaintiffs' Motion for Preliminary Injunction (the "PI Hearing") is CHANGED to Courtroom 110 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The beginning date and time of the PI Hearing remains Tuesday, August 6, 2024 at 9:45a.m., and it is still scheduled to continue through Friday, August 9, 2024 as needed. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett) (Text Only Order) (Garnett, Margaret) (Entered: 07/24/2024) |
| 07/24/2024 | 228 | LETTER MOTION to Seal *and in Redacted Form Letter in Opposition to Fubo's July 22, 2024 Motion to Compel [ECF No. 225]* addressed to Judge Margaret M. Garnett from Andrew Levander dated July 24, 2024. Document filed by FOX Corporation..(Levander, Andrew) (Entered: 07/24/2024) |
| 07/24/2024 | 229 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Andrew Levander dated July 24, 2024 re: 225 LETTER MOTION to Compel Defendants to Produce *Inter−Defendant Communications* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated July 22, 2024. . Document filed by FOX Corporation..(Levander, Andrew) (Entered: 07/24/2024) |
| 07/24/2024 | 230 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Andrew Levander dated July 24, 2024 re: 225 LETTER MOTION to Compel Defendants to Produce *Inter−Defendant Communications* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated July 22, 2024. . Document filed by FOX Corporation, Directv LLC, ESPN Enterprises, Inc., ESPN, Inc., FuboTV Inc., FuboTV Media Inc., Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 228 .(Levander, Andrew) (Entered: 07/24/2024) |
| 07/25/2024 | 231 | ORDER: It is hereby ORDERED that the parties appear for a conference with the Court on July 26, 2024 at 4:00 p.m. The conference will be held by Microsoft Teams. The Teams meeting ID and passcode are as follows Meeting ID: 285 900 041 870 // Passcode: u6TiXw. At the conference, the Court will hear from the parties regarding Plaintiffs' motion to compel at Dkt. Nos. 224/225 and Defendants' response thereto at Dkt. Nos. 229/230. Any press or members of the public who join the conference must remain muted with cameras off throughout the proceedings, or otherwise will be removed from the video conference. Photography, audio recording, video recording, or broadcast transmission of all court conferences, including those held by remote means, is strictly prohibited. No journalist or member of the public may photograph, record, or broadcast this proceeding under any circumstances. See S.D.N.Y. Local Civil Rule 1.8. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett) (Text Only Order) (Garnett, Margaret) (Entered: 07/25/2024) |
| 07/25/2024 | 232 | LETTER MOTION to Seal *Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction, Declaration of J. Wesley Earnhardt in Support of Defendants' Opposition and exhibits* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated July 25, 2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Earnhardt, Joe) (Entered: 07/25/2024) |

| 07/25/2024 | 233 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 238 Memorandum) –** ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 94 MOTION for Preliminary Injunction . . Document filed by ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, The Walt Disney Company, FOX Corporation, FuboTV Inc., FuboTV Media Inc., Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 232 .(Earnhardt, Joe) Modified on 7/29/2024 (db). As per ECF–ERROR Email Correspondence Received on 7/29/2024 @ 1:03pm. (Entered: 07/25/2024) |
| --- | --- | --- |
| 07/25/2024 | 234 | ***SELECTED PARTIES***DECLARATION of J. Wesley Earnhardt in Opposition re: 94 MOTION for Preliminary Injunction .. Document filed by ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, The Walt Disney Company, FOX Corporation, FuboTV Inc., FuboTV Media Inc., Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1 – June 21, 2024 Deposition of Justin Warbrooke (Excerpt), # 2 Exhibit 2 – May 24, 2023 Email from Horihuela to Mathers, # 3 Exhibit 3 – August 9, 2023 Internal strategy document, # 4 Exhibit 4 – April 26, 2024 Sports Business Journal article, # 5 Exhibit 5 – July 18, 2024 Deposition of James Trautman (Excerpt), # 6 Exhibit 6 – June 27, 2024 Deposition of Eric Shanks (Excerpt), # 7 Exhibit 7 – July 1, 2024 Deposition of David Gandler (Excerpt), # 8 Exhibit 8 – April 4, 2023 Presentation, # 9 Exhibit 9 – January 4, 2024 Sports Business Journal article, # 10 Exhibit 10 – June 17, 2024 Deposition of James Pitaro (Excerpt), # 11 Exhibit 11 – June 25, 2024 Deposition of John Janedis (Excerpt), # 12 Exhibit 12 – July 11, 2024 Deposition of Peter Distad (Excerpt), # 13 Exhibit 13 – June 27, 2024 Deposition of John Nallen (Excerpt), # 14 Exhibit 14 – July 9, 2024 Presentation, # 15 Exhibit 15 – April 2023 Presentation, # 16 Exhibit 16 – April 16, 2023 Email from Aguiar to Pitaro, # 17 Exhibit 17 – April 14, 2023 Email from Zasowski to Connolly, # 18 Exhibit 18 – April 26, 2023 Email from Aguiar to Nallen and Pitaro, # 19 Exhibit 19 – February 6, 2024 Non Binding Term Sheet, # 20 Exhibit 20 – February 6, 2024 Email from Pitaro to Swartz, # 21 Exhibit 21 – June 24, 2024 Deposition of Bruce Campbell (Excerpt), # 22 Exhibit 22 – June 14, 2024 Deposition of Dan Fox (Excerpt), # 23 Exhibit 23 – May 29, 2024 Joint Venture Term Sheet, # 24 Exhibit 24 – February 6, 2024 Presentation, # 25 Exhibit 25 – January 31, 2024 Presentation, # 26 Exhibit 26 – December 21, 2023 Email from Garrison to Warbrooke, # 27 Exhibit 27 – January 10, 2024 Email from Warbrooke to Pitaro and Aguiar, # 28 Exhibit 28 – April 2024 Presentation, # 29 Exhibit 29 – February 8, 2024 Email from Pietrycha to Kohl and Izaguirre, # 30 Exhibit 30 – March 21, 2024 Email from Schanman to Blum, # 31 Exhibit 31 – May 12, 2023 Email from Press, # 32 Exhibit 32 – September 2, 2023 Email from Mathers to Sweetwood, # 33 Exhibit 33 – December 21, 2023 Presentation, # 34 Exhibit 34 – January 30, 2024 Email from Warbrooke to Pitaro, # 35 Exhibit 35 – February 7, 2024 Disney Q1 FY24 Earnings Conf. Call Tr., # 36 Exhibit 36 – July 17, 2024 Deposition of Jonathan Orszag (Excerpt), # 37 Exhibit 37 – June 20, 2024 Deposition of David Espinosa (Excerpt), # 38 Exhibit 38 – June 20, 2024 Deposition of Robert Iger (Excerpt), # 39 Exhibit 39 – September 11, 2023 Disney Term Sheet, # 40 Exhibit 40 – October 28, 2023 Fox Letter Agreement, # 41 Exhibit 41 – August 1, 2023 Disney and Fubo License Agreement, # 42 Exhibit 42 – December 1, 2021 Fox and Fubo Amendment Agreement Part 1 of 2, # 43 Exhibit 42 – December 1, 2021 Fox and Fubo Amendment Agreement Part 2 of 2, # 44 Exhibit 43 – November 23, 2022 Disney License Agreement, # 45 Exhibit 44 – September 8, 2023 Fox Agreement Part 1 of 2, # 46 Exhibit 44 – September 8, 2023 Fox Agreement Part 2 of 2, # 47 Exhibit 45 – June 29, 2023 Email from Connolly to Saltman, # 48 Exhibit 46 – September 1, 2023 Email from Connolly to LaPlaca, # 49 Exhibit 47 – June 27, 2024 Deposition of Justin Connolly (Excerpt), # 50 Exhibit 48 – January 14, 2022 Email from Morrissey to Smith, # 51 Exhibit 49 – August 11, 2023 Email from Flood to Montemagno (Part 1 of 2), # 52 Exhibit 49 – August 11, 2023 Email from Flood to Montemagno (Part 2 of 2), # 53 Exhibit 50 – September 11, 2023 Los Angeles Times article, # 54 Exhibit 51 – December 15, 2023 Email from Morrissey to Rigdon, # 55 Exhibit 52 – December 20, 2023 Email from Blood to Thun, # 56 Exhibit 53 – April 12, 2024 Email from Lange to Flood, # 57 Exhibit 54 – June 25, 2024 Disney Term Sheet, # 58 Exhibit 55 – January 26, 2024 Email from Pitaro to Aguiar, # 59 Exhibit 56 – December 18, 2023 Term Sheet Amendment, # 60 Exhibit 57 – June 28, 2024 Deposition of Scott Miller (Excerpt), # 61 Exhibit 58 – Financial Model, # 62 Exhibit 59 – January 3, 2024 Email from LeCuyer to Akhavan, # 63 Exhibit 60 – July 13, 2024 Deposition of Gary Schanman (Excerpt), # 64 Exhibit 61 – April 18, 2024 Email from Murdoch to Nallen, # 65 Exhibit 62 – Email from Wang to Savio and Voigt, # 66 Exhibit 63 – June 30, 2022 Research Report, # 67 Exhibit 64 – June 27, 2024 Deposition of Todd Mathers (Excerpt), # 68 Exhibit 65 – March 27, 2024 Fubo Term Sheet, # 69 Exhibit 66 – May |

2, 2023 Email from Horihuela to Fubo Management, # 70 Exhibit 67 – April 12, 2024 Instant Messages, # 71 Exhibit 68 – April 4, 2024 Email from Horihuela to Gandler, # 72 Exhibit 69 – June 25, 2024 Deposition of Benjamin Grad (Excerpt), # 73 Exhibit 70 – June 28, 2024 Deposition of Alberto Horihuela (Excerpt), # 74 Exhibit 71 – August 2, 2022 Presentation Notes, # 75 Exhibit 72 – Email from Janedis to Gandler, # 76 Exhibit 73 – May 1, 2024 Fubo Amendment Agreement for Distribution, # 77 Exhibit 74 – May 2, 2018 Fubo Distribution Agreement, # 78 Exhibit 75 – November 1, 2021 Fubo Amendment Agreement, # 79 Exhibit 76 – June 16, 2024 Distribution Agreement (Part 1 of 4), # 80 Exhibit 76 – June 16, 2024 Distribution Agreement (Part 2 of 4), # 81 Exhibit 76 – June 16, 2024 Distribution Agreement (Part 3 of 4), # 82 Exhibit 76 – June 16, 2024 Distribution Agreement (Part 4 of 4), # 83 Exhibit 77 – December 16, 2022 Binding Term Sheet, # 84 Exhibit 78 – June 16, 2017 Distribution Agreement, # 85 Exhibit 79 – February 19, 2019 Fubo Binding Term Sheet, # 86 Exhibit 80 – March, 27, 2024 Fubo Binding Term Sheet, # 87 Exhibit 81 – February 19, 2024 Instant Messages, # 88 Exhibit 82 – June 16, 2017 Fubo Agreement, # 89 Exhibit 83 – May 27, 2020 Fubo Content Distribution Agreement, # 90 Exhibit 84 – August 20, 2015 Fubo Distribution Agreement, # 91 Exhibit 85 – June 30, 2022 Fubo Amendment to Distribution Agreement, # 92 Exhibit 86 – March 13, 2018 Fubo Letter Agreement, # 93 Exhibit 87 – October 17, 2019 Content Distribution Agreement, # 94 Exhibit 88 – July 9, 2021 Fubo Amendment Agreement, # 95 Exhibit 89 – June 24, 2020 Fubo–Disney License Agreement (Part 1 of 9), # 96 Exhibit 89 – June 24, 2020 Fubo–Disney License Agreement (Part 2 of 9), # 97 Exhibit 89 – June 24, 2020 Fubo–Disney License Agreement (Part 3 of 9), # 98 Exhibit 89 – June 24, 2020 Fubo–Disney License Agreement (Part 4 of 9), # 99 Exhibit 89 – June 24, 2020 Fubo–Disney License Agreement (Part 5 of 9), # 100 Exhibit 89 – June 24, 2020 Fubo–Disney License Agreement (Part 6 of 9), # 101 Exhibit 89 – June 24, 2020 Fubo–Disney License Agreement (Part 7 of 9), # 102 Exhibit 89 – June 24, 2020 Fubo–Disney License Agreement (Part 8 of 9), # 103 Exhibit 89 – June 24, 2020 Fubo–Disney License Agreement (Part 9 of 9), # 104 Exhibit 90 – June 30, 2023 Email from Mathers to Morrissey (Part 1 of 2), # 105 Exhibit 90 – June 30, 2023 Email from Mathers to Morrissey (Part 2 of 2), # 106 Exhibit 91 – July 21, 2023 Email from Mathers to Morrissey (Part 1 of 2), # 107 Exhibit 92 – April 25, 2017 WBD Distribution Agreement, # 108 Exhibit 93 – June 26, 2018 Fubo Letter Agreement, # 109 Exhibit 94 – June 6th, 2019 WBD Amendment Agreement, # 110 Exhibit 95 – April 8, 2024 Fubo Affiliate Agreement, # 111 Exhibit 96 – June 6, 2019 WBD Distribution Agreement, # 112 Exhibit 97 – April 25, 2017 WBD Renewal Agreement, # 113 Exhibit 98 – April 25, 2017 WBD Distribution Agreement, # 114 Exhibit 99 – April 25, 2017 Distribution Agreements, # 115 Exhibit 100 – November 15, 2016 Fubo–Fox Affiliation Agreement (Part 1 of 3), # 116 Exhibit 100 – November 15, 2016 Fubo–Fox Affiliation Agreement (Part 1 of 3), # 117 Exhibit 100 – November 15, 2016 Fubo–Fox Affiliation Agreement (Part 2 of 3), # 118 Exhibit 100 – November 15, 2016 Fubo–Fox Affiliation Agreement (Part 3 of 3), # 119 Exhibit 101 – December 31, 2019 Amendment to Affiliation Agreement, # 120 Exhibit 102 – April 26, 2024 FuboTV Annual Report, # 121 Exhibit 103 – July 3, 2024 Deposition of Salvatore Marchesano (Excerpt), # 122 Exhibit 104 – June 27, 2024 Deposition of Ameet Padte (Excerpt), # 123 Exhibit 105 – July 23, 2024 Third Supplemental Responses and Objections to Disney Defendants First Set of Interrogatories, # 124 Exhibit 106 – March 4, 2024 Yahoo! Finance article, # 125 Exhibit 107 – May 22, 2023 Instant Messages, # 126 Exhibit 108 – November 14, 2023 Email from Grad to Marchesano, # 127 Exhibit 109 – January 7, 2021 Presentation, # 128 Exhibit 110 – February 2, 2024 Email from Horihuela to Fubo Team, # 129 Exhibit 111 – June 25, 2023 Email from Mathers to OConnell, # 130 Exhibit 112 – February 28, 2023 The Motley Fool article, # 131 Exhibit 113 – January 19, 2023 Business Insider article, # 132 Exhibit 114 – November 7, 2023 Email from Mathers to Horihuela, # 133 Exhibit 115 – fuboTV Inc. FQ4 2023 Earnings Call Transcript, # 134 Exhibit 116 – February 29, 2024 EchoStar Corporation Form 10–K, # 135 Exhibit 117 – June 2024 Presentation, # 136 Exhibit 118 – April 9, 2024 Declaration of Alberto Horihuela in Support of Plaintiffs Motion for Preliminary Injunction, # 137 Exhibit 119 – February 14, 2024 Email from Pitaro to Patel, # 138 Exhibit 120 – February 7, 2024 The Streamable article, # 139 Exhibit 121 – February 20, 2024 instant messages, # 140 Exhibit 122 – July 3, 2023 Email from Morrissey to Mathers, # 141 Exhibit 123 – January 25, 2024 Email from Padte to Shin, # 142 Exhibit 124 – April 9, 2024 Declaration of John Janedis in Support of Plaintiffs Motion for Preliminary Injunction, # 143 Exhibit 125 – March 14, 2024 Email from

| | | |
|---|---|---|
| | | Varma to Janedis, # <u>144</u> Exhibit 126 – Excel Spreadsheet, # <u>145</u> Exhibit 127 – April 9, 2024 Exhibit 1 to the Declaration of John Janedis in Support of Plaintiffs Motion for Preliminary Injunction, # <u>146</u> Exhibit 128 – September 28, 2023 instant messages, # <u>147</u> Exhibit 129 – August 15, 2023 Email from Horihuela to Gandler, # <u>148</u> Exhibit 130 – April 16, 2024 Transcript of Initial Pretrial Conference, # <u>149</u> Exhibit 131 – Yahoo! Finance article, # <u>150</u> Exhibit 132 – July 9, 2024 Venu Policy, # <u>151</u> Exhibit 133 – Expert Declaration of Edwin S. Desser, # <u>152</u> Exhibit 134 – Rebuttal Expert Declaration of Michael D. Whinston, Ph.D, # <u>153</u> Exhibit 135 – Declaration of Anthony Petitti, # <u>154</u> Exhibit 136 – December 17, 2021 Amendment Agreement, # <u>155</u> Exhibit 137 – October 13, 2022 Affiliation Agreement, # <u>156</u> Exhibit 138 – September 10, 2020 Binding Term Sheet, # <u>157</u> Exhibit 139 – 2024.06.24 Updated Expert Declaration of Jonathan Orszag (Excerpt), # <u>158</u> Exhibit 140 – 2024.06.24 Updated Expert Declaration of James Trautman (Excerpt))Motion or Order to File Under Seal: <u>232</u> .(Earnhardt, Joe) (Entered: 07/25/2024) |
| 07/25/2024 | <u>235</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY [SEE 239] Memorandum) –** MEMORANDUM OF LAW in Opposition re: <u>94</u> MOTION for Preliminary Injunction . . Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC.(Earnhardt, Joe) Modified on 7/29/2024 (db). As per ECF–ERROR Email Correspondence Received on 7/29/2024 @ 1:03pm. (Entered: 07/25/2024) |
| 07/25/2024 | <u>236</u> | DECLARATION of J. Wesley Earnhardt in Opposition re: <u>94</u> MOTION for Preliminary Injunction .. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company. (Attachments: # <u>1</u> Exhibit 1 – June 21, 2024 Deposition of Justin Warbrooke (Excerpt) (Filed Under Seal), # <u>2</u> Exhibit 2 – May 24, 2023 Email from Horihuela to Mathers (Filed Under Seal), # <u>3</u> Exhibit 3 – August 9, 2023 Internal strategy document (Filed Under Seal), # <u>4</u> Exhibit 4 – April 26, 2024 Sports Business Journal article, # <u>5</u> Exhibit 5 – July 18, 2024 Deposition of James Trautman (Excerpt) (Filed Under Seal), # <u>6</u> Exhibit 6 – June 27, 2024 Deposition of Eric Shanks (Excerpt) (Filed Under Seal), # <u>7</u> Exhibit 7 – July 1, 2024 Deposition of David Gandler (Excerpt) (Filed Under Seal), # <u>8</u> Exhibit 8 – April 4, 2023 Presentation (Filed Under Seal), # <u>9</u> Exhibit 9 – January 4, 2024 Sports Business Journal article, # <u>10</u> Exhibit 10 – June 17, 2024 Deposition of James Pitaro (Excerpt) (Filed Under Seal), # <u>11</u> Exhibit 11 – June 25, 2024 Deposition of John Janedis (Excerpt) (Filed Under Seal), # <u>12</u> Exhibit 12 – July 11, 2024 Deposition of Peter Distad (Excerpt) (Filed Under Seal), # <u>13</u> Exhibit 13 – June 27, 2024 Deposition of John Nallen (Excerpt) (Filed Under Seal), # <u>14</u> Exhibit 14 – July 9, 2024 Presentation (Filed Under Seal), # <u>15</u> Exhibit 15 – April 2023 Presentation (Filed Under Seal), # <u>16</u> Exhibit 16 – April 16, 2023 Email from Aguiar to Pitaro (Filed Under Seal), # <u>17</u> Exhibit 17 – April 14, 2023 Email from Zasowski to Connolly (Filed Under Seal), # <u>18</u> Exhibit 18 – April 26, 2023 Email from Aguiar to Nallen and Pitaro (Filed Under Seal), # <u>19</u> Exhibit 19 – February 6, 2024 Non Binding Term Sheet (Filed Under Seal), # <u>20</u> Exhibit 20 – February 6, 2024 Email from Pitaro to Swartz (Filed Under Seal), # <u>21</u> Exhibit 21 – June 24, 2024 Deposition of Bruce Campbell (Excerpt) (Filed Under Seal), # <u>22</u> Exhibit 22 – June 14, 2024 Deposition of Dan Fox (Excerpt) (Filed Under Seal), # <u>23</u> Exhibit 23 – May 29, 2024 Joint Venture Term Sheet (Filed Under Seal), # <u>24</u> Exhibit 24 – February 6, 2024 Presentation (Filed Under Seal), # <u>25</u> Exhibit 25 – January 31, 2024 Presentation (Filed Under Seal), # <u>26</u> Exhibit 26 – December 21, 2023 Email from Garrison to Warbrooke (Filed Under Seal), # <u>27</u> Exhibit 27 – January 10, 2024 Email from Warbrooke to Pitaro and Aguiar (Filed Under Seal), # <u>28</u> Exhibit 28 – April 2024 Presentation (Filed Under Seal), # <u>29</u> Exhibit 29 – February 8, 2024 Email from Pietrycha to Kohl and Izaguirre (Filed Under Seal), # <u>30</u> Exhibit 30 – March 21, 2024 Email from Schanman to Blum (Filed Under Seal), # <u>31</u> Exhibit 31 – May 12, 2023 Email from Press (Filed Under Seal), # <u>32</u> Exhibit 32 – September 2, 2023 Email from Mathers to Sweetwood (Filed Under Seal), # <u>33</u> Exhibit 33 – December 21, 2023 Presentation (Filed Under Seal), # <u>34</u> Exhibit 34 – January 30, 2024 Email from Warbrooke to Pitaro (Filed Under Seal), # <u>35</u> Exhibit 35 – February 7, 2024 Disney Q1 FY24 Earnings Conf. Call Tr., # <u>36</u> Exhibit 36 – July 17, 2024 Deposition of Jonathan Orszag (Excerpt) (Filed Under Seal), # <u>37</u> Exhibit 37 – June 20, 2024 Deposition of David Espinosa (Excerpt) (Filed Under Seal), # <u>38</u> Exhibit 38 – June 20, 2024 Deposition of Robert Iger (Excerpt) (Filed Under Seal), # <u>39</u> Exhibit 39 – September 11, 2023 Disney Term Sheet (Filed Under Seal), # <u>40</u> Exhibit 40 – October 28, 2023 Fox Letter Agreement (Filed Under Seal), # <u>41</u> Exhibit 41 – August 1, 2023 Disney and Fubo License Agreement (Filed Under Seal), # <u>42</u> Exhibit 42 – December 1, 2021 Fox and Fubo Amendment |

Agreement (Filed Under Seal), # 43 Exhibit 43 – November 23, 2022 Disney License Agreement (Filed Under Seal), # 44 Exhibit 44 – September 8, 2023 Fox Agreement (Filed Under Seal), # 45 Exhibit 45 – June 29, 2023 Email from Connolly to Saltman (Filed Under Seal), # 46 Exhibit 46 – September 1, 2023 Email from Connolly to LaPlaca (Filed Under Seal), # 47 Exhibit 47 – June 27, 2024 Deposition of Justin Connolly (Excerpt) (Filed Under Seal), # 48 Exhibit 48 – January 14, 2022 Email from Morrissey to Smith (Filed Under Seal), # 49 Exhibit 49 – August 11, 2023 Email from Flood to Montemagno (Filed Under Seal), # 50 Exhibit 50 – September 11, 2023 Los Angeles Times article, # 51 Exhibit 51 – December 15, 2023 Email from Morrissey to Rigdon (Filed Under Seal), # 52 Exhibit 52 – December 20, 2023 Email from Blood to Thun (Filed Under Seal), # 53 Exhibit 53 – April 12, 2024 Email from Lange to Flood (Filed Under Seal), # 54 Exhibit 54 – June 25, 2024 Disney Term Sheet (Filed Under Seal), # 55 Exhibit 55 – January 26, 2024 Email from Pitaro to Aguiar (Filed Under Seal), # 56 Exhibit 56 – December 18, 2023 Term Sheet Amendment (Filed Under Seal), # 57 Exhibit 57 – June 28, 2024 Deposition of Scott Miller (Excerpt) (Filed Under Seal), # 58 Exhibit 58 – Financial Model (Filed Under Seal), # 59 Exhibit 59 – January 3, 2024 Email from LeCuyer to Akhavan (Filed Under Seal), # 60 Exhibit 60 – July 13, 2024 Deposition of Gary Schanman (Excerpt) (Filed Under Seal), # 61 Exhibit 61 – April 18, 2024 Email from Murdoch to Nallen (Filed Under Seal), # 62 Exhibit 62 – Email from Wang to Savio and Voigt (Filed Under Seal), # 63 Exhibit 63 – June 30, 2022 Research Report (Filed Under Seal), # 64 Exhibit 64 – June 27, 2024 Deposition of Todd Mathers (Excerpt) (Filed Under Seal), # 65 Exhibit 65 – March 27, 2024 Fubo Term Sheet (Filed Under Seal), # 66 Exhibit 66 – May 2, 2023 Email from Horihuela to Fubo Management (Filed Under Seal), # 67 Exhibit 67 – April 12, 2024 Instant Messages (Filed Under Seal), # 68 Exhibit 68 – April 4, 2024 Email from Horihuela to Gandler (Filed Under Seal), # 69 Exhibit 69 – June 25, 2024 Deposition of Benjamin Grad (Excerpt) (Filed Under Seal), # 70 Exhibit 70 – June 28, 2024 Deposition of Alberto Horihuela (Excerpt) (Filed Under Seal), # 71 Exhibit 71 – August 2, 2022 Presentation Notes (Filed Under Seal), # 72 Exhibit 72 – Email from Janedis to Gandler (Filed Under Seal), # 73 Exhibit 73 – May 1, 2024 Fubo Amendment Agreement for Distribution (Filed Under Seal), # 74 Exhibit 74 – May 2, 2018 Fubo Distribution Agreement (Filed Under Seal), # 75 Exhibit 75 – November 1, 2021 Fubo Amendment Agreement (Filed Under Seal), # 76 Exhibit 76 – June 16, 2024 Distribution Agreement (Filed Under Seal), # 77 Exhibit 77 – December 16, 2022 Binding Term Sheet (Filed Under Seal), # 78 Exhibit 78 – June 16, 2017 Distribution Agreement (Filed Under Seal), # 79 Exhibit 79 – February 19, 2019 Fubo Binding Term Sheet (Filed Under Seal), # 80 Exhibit 80 – March, 27, 2024 Fubo Binding Term Sheet (Filed Under Seal), # 81 Exhibit 81 – February 19, 2024 Instant Messages (Filed Under Seal), # 82 Exhibit 82 – June 16, 2017 Fubo Agreement (Filed Under Seal), # 83 Exhibit 83 – May 27, 2020 Fubo Content Distribution Agreement (Filed Under Seal), # 84 Exhibit 84 – August 20, 2015 Fubo Distribution Agreement (Filed Under Seal), # 85 Exhibit 85 – June 30, 2022 Fubo Amendment to Distribution Agreement (Filed Under Seal), # 86 Exhibit 86 – March 13, 2018 Fubo Letter Agreement (Filed Under Seal), # 87 Exhibit 87 – October 17, 2019 Content Distribution Agreement (Filed Under Seal), # 88 Exhibit 88 – July 9, 2021 Fubo Amendment Agreement (Filed Under Seal), # 89 Exhibit 89 – June 24, 2020 Fubo–Disney License Agreement (Filed Under Seal), # 90 Exhibit 90 – June 30, 2023 Email from Mathers to Morrissey (Filed Under Seal), # 91 Exhibit 91 – July 21, 2023 Email from Mathers to Morrissey (Filed Under Seal), # 92 Exhibit 92 – April 25, 2017 WBD Distribution Agreement (Filed Under Seal), # 93 Exhibit 93 – June 26, 2018 Fubo Letter Agreement (Filed Under Seal), # 94 Exhibit 94 – June 6th, 2019 WBD Amendment Agreement (Filed Under Seal), # 95 Exhibit 95 – April 8, 2024 Fubo Affiliate Agreement (Filed Under Seal), # 96 Exhibit 96 – June 6, 2019 WBD Distribution Agreement (Filed Under Seal), # 97 Exhibit 97 – April 25, 2017 WBD Renewal Agreement (Filed Under Seal), # 98 Exhibit 98 – April 25, 2017 WBD Distribution Agreement (Filed Under Seal), # 99 Exhibit 99 – April 25, 2017 Distribution Agreements (Filed Under Seal), # 100 Exhibit 100 – November 15, 2016 Fubo–Fox Affiliation Agreement (Filed Under Seal), # 101 Exhibit 101 – December 31, 2019 Amendment to Affiliation Agreement (Filed Under Seal), # 102 Exhibit 102 – April 26, 2024 FuboTV Annual Report, # 103 Exhibit 103 – July 3, 2024 Deposition of Salvatore Marchesano (Excerpt) (Filed Under Seal), # 104 Exhibit 104 – June 27, 2024 Deposition of Ameet Padte (Excerpt) (Filed Under Seal), # 105 Exhibit 105 – July 23, 2024 Third Supplemental Responses and Objections to Disney Defendants First Set of Interrogatories, # 106 Exhibit 106 – March 4, 2024 Yahoo! Finance article,

| | | |
|---|---|---|
| | | # 107 Exhibit 107 – May 22, 2023 Instant Messages (Filed Under Seal), # 108 Exhibit 108 – November 14, 2023 Email from Grad to Marchesano (Filed Under Seal), # 109 Exhibit 109 – January 7, 2021 Presentation (Filed Under Seal), # 110 Exhibit 110 – February 2, 2024 Email from Horihuela to Fubo Team (Filed Under Seal), # 111 Exhibit 111 – June 25, 2023 Email from Mathers to OConnell (Filed Under Seal), # 112 Exhibit 112 – February 28, 2023 The Motley Fool article, # 113 Exhibit 113 – January 19, 2023 Business Insider article, # 114 Exhibit 114 – November 7, 2023 Email from Mathers to Horihuela (Filed Under Seal), # 115 Exhibit 115 – fuboTV Inc. FQ4 2023 Earnings Call Transcript, # 116 Exhibit 116 – February 29, 2024 EchoStar Corporation Form 10–K, # 117 Exhibit 117 – June 2024 Presentation (Filed Under Seal), # 118 Exhibit 118 – April 9, 2024 Declaration of Alberto Horihuela in Support of Plaintiffs Motion for Preliminary Injunction, # 119 Exhibit 119 – February 14, 2024 Email from Pitaro to Patel (Filed Under Seal), # 120 Exhibit 120 – February 7, 2024 The Streamable article, # 121 Exhibit 121 – February 20, 2024 instant messages (Filed Under Seal), # 122 Exhibit 122 – July 3, 2023 Email from Morrissey to Mathers (Filed Under Seal), # 123 Exhibit 123 – January 25, 2024 Email from Padte to Shin (Filed Under Seal), # 124 Exhibit 124 – April 9, 2024 Declaration of John Janedis in Support of Plaintiffs Motion for Preliminary Injunction, # 125 Exhibit 125 – March 14, 2024 Email from Varma to Janedis (Filed Under Seal), # 126 Exhibit 126 – Excel Spreadsheet (Filed Under Seal), # 127 Exhibit 127 – April 9, 2024 Exhibit 1 to the Declaration of John Janedis in Support of Plaintiffs Motion for Preliminary Injunction (Filed Under Seal), # 128 Exhibit 128 – September 28, 2023 instant messages (Filed Under Seal), # 129 Exhibit 129 – August 15, 2023 Email from Horihuela to Gandler (Filed Under Seal), # 130 Exhibit 130 – April 16, 2024 Transcript of Initial Pretrial Conference, # 131 Exhibit 131 – Yahoo! Finance article, # 132 Exhibit 132 – July 9, 2024 Venu Policy (Filed Under Seal), # 133 Exhibit 133 – Expert Declaration of Edwin S. Desser, # 134 Exhibit 134 – Rebuttal Expert Declaration of Michael D. Whinston, Ph.D, # 135 Exhibit 135 – Declaration of Anthony Petitti, # 136 Exhibit 136 – December 17, 2021 Amendment Agreement (Filed Under Seal), # 137 Exhibit 137 – October 13, 2022 Affiliation Agreement (Filed Under Seal), # 138 Exhibit 138 – September 10, 2020 Binding Term Sheet (Filed Under Seal), # 139 Exhibit 139 – 2024.06.24 Updated Expert Declaration of Jonathan Orszag (Excerpt), # 140 Exhibit 140 – 2024.06.24 Updated Expert Declaration of James Trautman (Excerpt)).(Earnhardt, Joe) (Entered: 07/26/2024) |
| 07/26/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Status Conference held on 7/26/2024. Counsel Tom Schultz, Joshua Hafenbrack and Gavan Gideon present for Plaintiffs. Counsel Wes Earnhardt present for Defendant, The Walt Disney Company. Counsel Steven Bizar and Steven Engel present for Fox Corporation. Counsel Adam Hemlock present for Defendant, Warner Bros. Discovery, Inc. (Court Reporter Khristine Sellin) (kv) (Entered: 07/26/2024) |
| 07/26/2024 | 237 | ORDER granting 224 Letter Motion to Compel; granting 225 Letter Motion to Compel: For the reasons stated on the record at the July 26, 2024 conference with the parties, Plaintiffs' motion to compel Defendants to produce certain previously withheld or redacted pre–February 6, 2024 inter–Defendant communications (Dkt. Nos. 224 & 225) is HEREBY GRANTED. Defendants are ordered to make the appropriate production by Monday, July 29, 2024. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (Garnett, Margaret) (Entered: 07/26/2024) |
| 07/29/2024 | 238 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 94 MOTION for Preliminary Injunction . *(Corrected)*. Document filed by ESPN, Inc., ESPN Enterprises, Inc., FOX Corporation, Hulu, LLC, Warner Bros. Discovery, Inc., The Walt Disney Company, FuboTV Inc., FuboTV Media Inc.. Motion or Order to File Under Seal: 232 .(Earnhardt, Joe) (Entered: 07/29/2024) |
| 07/29/2024 | 239 | MEMORANDUM OF LAW in Opposition re: 94 MOTION for Preliminary Injunction . *(Corrected)*. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Earnhardt, Joe) (Entered: 07/29/2024) |
| 07/31/2024 | 240 | MOTION for Pantelis Michalopoulos to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29685671. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by EchoStar Corporation. (Attachments: # 1 Affidavit Affidavit of Pantelis Michalopoulos, # 2 Exhibit New York Certificate, # 3 |

| | | Exhibit DC Certificatie, # 4 Proposed Order Proposed Order).(Michalopoulos, Pantelis) (Entered: 07/31/2024) |
|---|---|---|
| 08/01/2024 | 241 | LETTER addressed to Judge Margaret M. Garnett from Michael H. McGinley re: confidentiality protections. Document filed by FOX Corporation..(McGinley, Michael) (Entered: 08/01/2024) |
| 08/01/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 240 MOTION for Pantelis Michalopoulos to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29685671. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/01/2024) |
| 08/01/2024 | 242 | ORDER granting 240 Motion for Pantelis Michalopoulos to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (kv) (Entered: 08/01/2024) |
| 08/01/2024 | 243 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 250 Notice) –** NOTICE of Joint Pre–hearing Submission re: 220 Stipulation and Order, Set Deadlines. Document filed by ESPN Enterprises, Inc., ESPN, Inc. Hulu, LLC, The Walt Disney Company. (Attachments: # 1 Exhibit A – Exhibit List, # 2 Exhibit B – Deposition Designations).(Earnhardt, Joe) Modified on 8/2/2024 (db). As per ECF–ERROR Email Correspondence Received on 8/2/2024 @ 1:25pm. (Entered: 08/01/2024) |
| 08/02/2024 | 244 | LETTER MOTION to Seal *Reply in Support of Plaintiffs' Motion for Preliminary Injunction* addressed to Judge Margaret M. Garnett from Thomas G. Schultz dated August 1, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 08/02/2024) |
| 08/02/2024 | 245 | REPLY MEMORANDUM OF LAW in Support re: 94 MOTION for Preliminary Injunction . . Document filed by FuboTV Inc., FuboTV Media Inc...(Schultz, Thomas) (Entered: 08/02/2024) |
| 08/02/2024 | 246 | DECLARATION of Thomas G. Schultz in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Errata 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, # 93 Exhibit 93, # 94 Exhibit 94, # 95 Exhibit 95, # 96 Exhibit 96, # 97 Exhibit 97, # 98 Exhibit 98, # 99 Exhibit 99, # 100 Exhibit 100, # 101 Exhibit 101, # 102 Exhibit 102, # 103 Exhibit 103, # 104 Exhibit 104, # 105 Exhibit 105, # 106 Exhibit 106, # 107 Exhibit 107, # 108 Exhibit 108, # 109 Exhibit 109, # 110 Exhibit 110, # 111 Exhibit 111, # 112 Exhibit 112, # 113 Exhibit 113, # 114 Exhibit 114, # 115 Exhibit 115, # 116 Exhibit 116, # 117 Exhibit 117, # 118 Exhibit 118, # 119 Exhibit 119, # 120 Exhibit 120, # 121 Exhibit 121, # 122 Exhibit 122, # 123 Exhibit 123, # 124 Exhibit 124, # 125 Exhibit 125, # 126 Exhibit 126, # 127 Exhibit 127, # 128 Exhibit 128, # 129 Exhibit 129, # 130 Exhibit 130, # 131 Exhibit 131, # 132 Exhibit 132, # 133 Exhibit 133, # 134 Exhibit 134, # 135 Exhibit 135, # 136 Exhibit 136, # 137 Exhibit 137, # 138 Exhibit 138, # 139 Exhibit 139, # 140 Exhibit 140, # 141 Exhibit 141, # 142 Exhibit 142, # 143 Exhibit 143).(Schultz, Thomas) (Entered: 08/02/2024) |

| | | |
|---|---|---|
| 08/02/2024 | 247 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 94 MOTION for Preliminary Injunction . . Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 244 .(Schultz, Thomas) (Entered: 08/02/2024) |
| 08/02/2024 | 248 | ***SELECTED PARTIES***DECLARATION of Thomas G. Schultz in Support re: 94 MOTION for Preliminary Injunction .. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, Part 1, # 42 Exhibit 41, Part 2, # 43 Exhibit 41, Part 3, # 44 Exhibit 41, Part 4, # 45 Exhibit 42, # 46 Exhibit 43, # 47 Exhibit 44, # 48 Exhibit 45, # 49 Exhibit 46, Part 1, # 50 Exhibit 46, Part 2, # 51 Exhibit 46, Part 3, # 52 Exhibit 46, Part 4, # 53 Exhibit 47, # 54 Exhibit 48, # 55 Exhibit 49, # 56 Exhibit 50, # 57 Exhibit 51, # 58 Exhibit 52, # 59 Exhibit 53, # 60 Exhibit 54, # 61 Exhibit 55, # 62 Exhibit 56, # 63 Exhibit 57, Part 1, # 64 Exhibit 57, Part 2, # 65 Exhibit 58, # 66 Exhibit 59, # 67 Exhibit 60, # 68 Exhibit 61, # 69 Exhibit 62, # 70 Exhibit 63, # 71 Exhibit 64, # 72 Exhibit 65, # 73 Exhibit 66, # 74 Exhibit 67, # 75 Exhibit 68, # 76 Exhibit 69, # 77 Exhibit 70, # 78 Exhibit 71, # 79 Exhibit 72, # 80 Exhibit 73, # 81 Exhibit 74, # 82 Exhibit 75, # 83 Exhibit 76, # 84 Exhibit 77, # 85 Exhibit 78, # 86 Exhibit 79, # 87 Exhibit 80, # 88 Exhibit 81, Part 1, # 89 Exhibit 81, Part 2, # 90 Exhibit 82, # 91 Exhibit 83, # 92 Exhibit 84, # 93 Exhibit 85, # 94 Exhibit 86, # 95 Exhibit 87, # 96 Exhibit 88, # 97 Exhibit 89, # 98 Exhibit 90, # 99 Exhibit 91, # 100 Exhibit 92, # 101 Exhibit 93, # 102 Exhibit 94, # 103 Exhibit 95, # 104 Exhibit 96, Part 1, # 105 Exhibit 96, Part 2, # 106 Exhibit 96, Part 3, # 107 Exhibit 96, Part 4, # 108 Exhibit 96, Part 5, # 109 Exhibit 97, # 110 Exhibit 98, # 111 Exhibit 99, # 112 Exhibit 100, # 113 Exhibit 101, # 114 Exhibit 102, # 115 Exhibit 103, # 116 Exhibit 104, # 117 Exhibit 105, # 118 Exhibit 106, # 119 Exhibit 107, # 120 Exhibit 108, # 121 Exhibit 109, # 122 Exhibit 110, # 123 Exhibit 111, # 124 Exhibit 112, # 125 Exhibit 113, # 126 Exhibit 114, # 127 Exhibit 115, # 128 Exhibit 116, # 129 Exhibit 117, # 130 Exhibit 118, # 131 Exhibit 119, # 132 Exhibit 120, # 133 Exhibit 121, # 134 Exhibit 122, # 135 Exhibit 123, # 136 Exhibit 124, # 137 Exhibit 125, # 138 Exhibit 126, # 139 Exhibit 127, # 140 Exhibit 128, # 141 Exhibit 129, # 142 Exhibit 130, # 143 Exhibit 131, # 144 Exhibit 132, # 145 Exhibit 133, # 146 Exhibit 134, # 147 Exhibit 135, # 148 Exhibit 136, # 149 Exhibit 137, Part 1, # 150 Exhibit 137, Part 2, # 151 Exhibit 138, # 152 Exhibit 139, # 153 Exhibit 140, # 154 Exhibit 141, # 155 Exhibit 142, # 156 Exhibit 143)Motion or Order to File Under Seal: 244 .(Schultz, Thomas) (Entered: 08/02/2024) |
| 08/02/2024 | 249 | PROPOSED ORDER. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Earnhardt, Joe) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/02/2024) |
| 08/02/2024 | 250 | NOTICE of Joint Pre–hearing Submission (Corrected) re: 220 Stipulation and Order,,,, Set Deadlines,,,. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit A – Exhibit List, # 2 Exhibit B – Deposition Designations).(Earnhardt, Joe) (Entered: 08/02/2024) |
| 08/02/2024 | 251 | ORDER FOR DELIVERY AND INSTALLATION OF TECHNOLOGICAL EQUIPMENT re: 249 Proposed Order filed by ESPN Enterprises, Inc., ESPN, Inc., The Walt Disney Company, Hulu, LLC. SO ORDERED. (Signed by Judge Margaret M. Garnett on 8/2/2024) (kv) (Entered: 08/02/2024) |
| 08/02/2024 | 252 | NOTICE OF APPEARANCE by Amanda Gale Lewis on behalf of Sports Fan Coalition, American Economic Liberties Project, Electronic Frontier Foundation, Open Markets Institute, Public Knowledge..(Lewis, Amanda) (Entered: 08/02/2024) |

| | | |
|---|---|---|
| 08/02/2024 | 253 | MOTION to File Amicus Brief *of Amici Curiae*. Document filed by American Economic Liberties Project, Electronic Frontier Foundation, Open Markets Institute, Public Knowledge, Sports Fan Coalition. (Attachments: # 1 Exhibit Proposed Brief of Amici Curiae).(Lewis, Amanda) (Entered: 08/02/2024) |
| 08/02/2024 | 254 | PROPOSED ORDER. Document filed by American Economic Liberties Project, Electronic Frontier Foundation, Open Markets Institute, Public Knowledge, Sports Fan Coalition. Related Document Number: 253 ..(Lewis, Amanda) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/02/2024) |
| 08/02/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 254 Proposed Order, was reviewed and approved as to form. (tp)** (Entered: 08/02/2024) |
| 08/02/2024 | 255 | LETTER MOTION to Seal *Confidential Information* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated August 2, 2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Earnhardt, Joe) (Entered: 08/02/2024) |
| 08/02/2024 | 256 | DECLARATION of David Espinosa in Support re: 255 LETTER MOTION to Seal *Confidential Information* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated August 2, 2024.. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Earnhardt, Joe) (Entered: 08/02/2024) |
| 08/02/2024 | 257 | DECLARATION of Justin Connolly in Support re: 255 LETTER MOTION to Seal *Confidential Information* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated August 2, 2024.. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Earnhardt, Joe) (Entered: 08/02/2024) |
| 08/02/2024 | 258 | DECLARATION of Scott Miller in Support re: 255 LETTER MOTION to Seal *Confidential Information* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated August 2, 2024.. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Earnhardt, Joe) (Entered: 08/02/2024) |
| 08/02/2024 | 259 | MEMORANDUM OF LAW in Opposition re: 253 MOTION to File Amicus Brief *of Amici Curiae*. . Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Earnhardt, Joe) (Entered: 08/02/2024) |
| 08/03/2024 | 260 | LETTER RESPONSE to Motion addressed to Judge Margaret M. Garnett from EchoStar Corporation dated August 3, 2024 re: 255 LETTER MOTION to Seal *Confidential Information* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated August 2, 2024. . Document filed by EchoStar Corporation..(Michalopoulos, Pantelis) (Entered: 08/03/2024) |
| 08/03/2024 | 261 | NOTICE of [Proposed] Joint Pre–Hearing Stipulation regarding Confidentiality Procedures. Document filed by ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Hernandez, Damaris) (Entered: 08/03/2024) |
| 08/04/2024 | 262 | ORDER It is hereby ORDERED that counsel for all parties appear for a conference with the Court on August 5, 2024 at 4:00 p.m. The conference will be held by Microsoft Teams. The Teams meeting ID and passcode as follows Meeting ID: 236 359 092 747 // Passcode: LHmuzK. At the conference, the Court will hear from the parties regarding Defendants' pending motion to seal at Dkt. No. 255. Any press or members of the public who join the conference must remain muted with cameras off throughout the proceedings, or otherwise will be removed from the video conference. Photography, audio recording, video recording, or broadcast transmission of all court conferences, including those held by remote means, is strictly prohibited. No journalist or member of the public may photograph, record, or broadcast this proceeding under any circumstances. See S.D.N.Y. Local Civil Rule 1.8. SO ORDERED. (HEREBY ORDERED by Judge Margaret M. Garnett) (Text Only Order) (Garnett, Margaret) (Entered: 08/04/2024) |
| 08/04/2024 | 263 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Geoffrey J.H. Block dated August 4, 2024 re: 255 LETTER MOTION to |

| | | |
|---|---|---|
| | | Seal *Confidential Information* addressed to Judge Margaret M. Garnett from J. Wesley Earnhardt dated August 2, 2024. . Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Block, Geoffrey) (Entered: 08/04/2024) |
| 08/04/2024 | 264 | LETTER MOTION to Seal *Exhibits to Joint NBCUniversal–Fubo Letter* addressed to Judge Margaret M. Garnett from Geoffrey J.H. Block dated August 4, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Block, Geoffrey) (Entered: 08/05/2024) |
| 08/05/2024 | 265 | JOINT LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Geoffrey J.H. Block dated August 4, 2024. Document filed by FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Block, Geoffrey) (Entered: 08/05/2024) |
| 08/05/2024 | 266 | ***SELECTED PARTIES***JOINT LETTER MOTION for Discovery addressed to Judge Margaret M. Garnett from Geoffrey J.H. Block dated August 4, 2024. Document filed by FuboTV Media Inc., FuboTV Inc., ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 264 .(Block, Geoffrey) (Entered: 08/05/2024) |
| 08/05/2024 | 267 | ORDER granting 253 Motion to File Amicus Brief. Accordingly, the motion for leave to file a brief as amici curiae in support of Plaintiffs' Motion for Preliminary Injunction is GRANTED, and the proposed brief appended to the motion at Dkt. No. 253–1 shall be made part of the record in this case. The Clerk of Court is respectfully directed to terminate Dkt. No. 253. SO ORDERED. (Signed by Judge Margaret M. Garnett on 8/5/2024) (kv) (Entered: 08/05/2024) |
| 08/05/2024 | 268 | JOINT LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Arthur J. Burke, Silvia N. Ostrower, and Brigitte R. Rose dated August 5, 2024. Document filed by Comcast Corporation..(Burke, Arthur) (Entered: 08/05/2024) |
| 08/05/2024 | 269 | NOTICE OF APPEARANCE by Arthur J. Burke on behalf of Comcast Corporation..(Burke, Arthur) (Entered: 08/05/2024) |
| 08/05/2024 | 270 | NOTICE OF APPEARANCE by Christopher Philip Lynch on behalf of Comcast Corporation..(Lynch, Christopher) (Entered: 08/05/2024) |
| 08/05/2024 | 271 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Comcast Corporation..(Burke, Arthur) (Entered: 08/05/2024) |
| 08/05/2024 | 272 | LETTER MOTION to Seal addressed to Judge Margaret M. Garnett from Damaris Hernandez dated August 5, 2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Hernandez, Damaris) (Entered: 08/05/2024) |
| 08/05/2024 | 273 | LETTER MOTION for Discovery *re: Exclusion of DirecTV Declaration* addressed to Judge Margaret M. Garnett from Damaris Hernandez dated August 5, 2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Hernandez, Damaris) (Entered: 08/05/2024) |
| 08/05/2024 | 274 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *re: Exclusion of DirecTV Declaration* addressed to Judge Margaret M. Garnett from Damaris Hernandez dated August 5, 2024. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, Warner Bros. Discovery, Inc., The Walt Disney Company, Directv LLC, FuboTV Inc., FuboTV Media Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 272 .(Hernandez, Damaris) (Entered: 08/05/2024) |
| 08/05/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Status Conference held on 8/5/2024. Counsel Geoffrey Block present for Plaintiffs. Counsel Damaris Hernandez present for Defendant, The Walt Disney Company. Counsel Andrew Levander, Steve Bizar and Michael McGinley present for Defendant, Fox Corporation. Counsel David Yohai and Theodore Tskerides present for Defendant, Warner Bros. Discovery, Inc. Counsel Pantelis Michalopoulos present for Non–Party EchoStar Corporation. Counsel Christopher Lynch present for Interested party, Comcast Corporation. (Court Reporter Amy Walker) (kv) (Entered: 08/05/2024) |

| | | |
|---|---|---|
| 08/05/2024 | 275 | JOINT PRE–HEARING STIPULATION RE: CONFIDENTIALITY PROCEDURES...regarding procedures to be followed that shall govern the handling of confidential material...SO ORDERED. (Signed by Judge Margaret M. Garnett on 8/5/2024) (kv) (Entered: 08/05/2024) |
| 08/06/2024 | 276 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Jared A. Levine, Esq. dated 8/6/2024 re: 273 LETTER MOTION for Discovery *re: Exclusion of DirecTV Declaration* addressed to Judge Margaret M. Garnett from Damaris Hernandez dated August 5, 2024. *[and ECF #274 – the unredacted, sealed version of ECF #273].* Document filed by Directv LLC..(Levine, Jared) (Entered: 08/06/2024) |
| 08/06/2024 | 277 | LETTER MOTION to Seal *Letter Response in opposition to The Walt Disney Company's Letter Motion (ECF #273 & 274) for exclusion of a DirecTV Declaration,* addressed to Judge Margaret M. Garnett from Jared A. Levine, Esq. dated 8/6/2024. Document filed by Directv LLC..(Levine, Jared) (Entered: 08/06/2024) |
| 08/06/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Motion Hearing held on 8/6/2024 re: 94 MOTION for Preliminary Injunction . filed by FuboTV Inc., FuboTV Media Inc.. Counsel Mark Hansen, Tom Schultz, Joshua Hafenbrack, Gavan Gideon and Katherine Tondrowski present for Plaintiffs. Counsel Antony Ryan, Wes Earnhardt and Yonatan Even present for Defendants, The Walt Disney Company et. al.. Counsel Andrew Levander,Steve Bizar, John Jurata and Steve Engel present for Defendants, Fox Corporation. Counsel David Yohai, Adam Hemlock, Theodore Tsekerides present for Defendants, Warner Bros. Discovery, Inc. Evidence entered. Testimony received. (Court Reporter Kristen Carannante and Raquel Robles) (kv) . (Entered: 08/06/2024) |
| 08/06/2024 | 278 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Jared A. Levine, Esq. dated 8/6/2024 re: 273 LETTER MOTION for Discovery *re: Exclusion of DirecTV Declaration* addressed to Judge Margaret M. Garnett from Damaris Hernandez dated August 5, 2024. *[and ECF #274 – the unredacted, sealed version of ECF #273].* Document filed by Directv LLC, The Walt Disney Company. Motion or Order to File Under Seal: 277 .(Levine, Jared) (Entered: 08/06/2024) |
| 08/06/2024 | 279 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/26/2024 before Judge Margaret M. Garnett. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/27/2024. Redacted Transcript Deadline set for 9/6/2024. Release of Transcript Restriction set for 11/4/2024..(McGuirk, Kelly) (Entered: 08/06/2024) |
| 08/06/2024 | 280 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 7/26/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 08/06/2024) |
| 08/06/2024 | 281 | LETTER MOTION to Seal *Opposition to Motion to Exclude* addressed to Judge Margaret M. Garnett from Geoffrey J.H. Block dated August 6, 2024. Document filed by FuboTV Inc., FuboTV Media Inc...(Block, Geoffrey) (Entered: 08/07/2024) |
| 08/07/2024 | 282 | LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Geoffrey J.H. Block dated August 6, 2024 re: 274 LETTER MOTION for Discovery *re: Exclusion of DirecTV Declaration* addressed to Judge Margaret M. Garnett from Damaris Hernandez dated August 5, 2024. . Document filed by FuboTV Inc., FuboTV Media Inc...(Block, Geoffrey) (Entered: 08/07/2024) |
| 08/07/2024 | 283 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Margaret M. Garnett from Geoffrey J.H. Block dated August 6, 2024 re: 274 LETTER MOTION for Discovery *re: Exclusion of DirecTV Declaration* addressed to Judge Margaret M. Garnett from Damaris Hernandez dated August 5, 2024. . Document filed by FuboTV Inc., FuboTV Media Inc., Directv LLC, ESPN |

| | | |
|---|---|---|
| | | Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Motion or Order to File Under Seal: 281 .(Block, Geoffrey) (Entered: 08/07/2024) |
| 08/07/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Motion Hearing held on 8/7/2024 re: 94 MOTION for Preliminary Injunction . filed by FuboTV Inc., FuboTV Media Inc.. Counsel Mark Hansen, Tom Schultz, Joshua Hafenbrack, Gavan Gideon, Geoffrey Block, Matthew Wilkins and Katherine Tondrowski present for Plaintiffs. Counsel Antony Ryan, Wes Earnhardt, Michael Addis and Yonatan Even present for Defendants, The Walt Disney Company et. al.. Counsel Andrew Levander,Steve Bizar, John Jurata, Michael McGinley and Steve Engel present for Defendants, Fox Corporation. Counsel David Yohai, Adam Hemlock, Theodore Tsekerides present for Defendants, Warner Bros. Discovery, Inc. Evidence entered. Testimony received. (Court Reporter Kristen Carannante and Raquel Robles) (kv) (Entered: 08/07/2024) |
| 08/07/2024 | 284 | NOTICE OF APPEARANCE by Elisabeth D. Amanullah on behalf of ESPN Enterprises, Inc., ESPN, Inc., Hulu, LLC, The Walt Disney Company..(Amanullah, Elisabeth) (Entered: 08/07/2024) |
| 08/08/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Motion Hearing held on 8/8/2024 re: 94 MOTION for Preliminary Injunction . filed by FuboTV Inc., FuboTV Media Inc.. Counsel Mark Hansen, Dennis Howe, Tom Schultz, Joshua Hafenbrack, Gavan Gideon, Geoffrey Block, Matthew Wilkins, Rachel Anderson and Katherine Tondrowski present for Plaintiffs. Counsel Antony Ryan, Wes Earnhardt, Michael Addis and Yonatan Even present for Defendants, The Walt Disney Company et. al.. Counsel Andrew Levander,Steve Bizar, John Jurata, Michael McGinley and Steve Engel present for Defendants, Fox Corporation. Counsel David Yohai, Adam Hemlock, Theodore Tsekerides present for Defendants, Warner Bros. Discovery, Inc. Evidence entered. Testimony received. (Court Reporter Kristen Carannante and Raquel Robles) (kv) (Entered: 08/08/2024) |
| 08/09/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Motion Hearing held on 8/9/2024 re: 94 MOTION for Preliminary Injunction . filed by FuboTV Inc., FuboTV Media Inc.. Counsel Mark Hansen, Dennis Howe, Tom Schultz, Joshua Hafenbrack, Gavan Gideon, Geoffrey Block, Matthew Wilkins, Rachel Anderson and Katherine Tondrowski present for Plaintiffs. Counsel Antony Ryan, Wes Earnhardt, Michael Addis and Yonatan Even present for Defendants, The Walt Disney Company et. al.. Counsel Andrew Levander, Steve Bizar, John Jurata, Michael McGinley and Steve Engel present for Defendants, Fox Corporation. Counsel David Yohai, Adam Hemlock, Theodore Tsekerides present for Defendants, Warner Bros. Discovery, Inc. Evidence entered. Testimony received. (Court Reporter Kristen Carannante and Raquel Robles) (kv) (Entered: 08/09/2024) |
| 08/12/2024 | | Minute Entry for proceedings held before Judge Margaret M. Garnett: Motion Hearing held on 8/12/2024 re: 94 MOTION for Preliminary Injunction . filed by FuboTV Inc., FuboTV Media Inc.. Counsel Mark Hansen, Dennis Howe, Tom Schultz, Joshua Hafenbrack, Gavan Gideon, Geoffrey Block, Matthew Wilkins, Rachel Anderson and Katherine Tondrowski present for Plaintiffs. Counsel Antony Ryan, Wes Earnhardt, Michael Addis and Yonatan Even present for Defendants, The Walt Disney Company et. al.. Counsel Andrew Levander, Steve Bizar, John Jurata, Michael McGinley and Steve Engel present for Defendants, Fox Corporation. Counsel David Yohai, Adam Hemlock, Theodore Tsekerides present for Defendants, Warner Bros. Discovery, Inc. Closing arguments. (Court Reporter Kristen Carannante and Raquel Robles) (kv) (Entered: 08/12/2024) |
| 08/13/2024 | 285 | POST TRIAL MEMORANDUM. Document filed by FuboTV Inc., FuboTV Media Inc...(Hansen, Mark) (Entered: 08/13/2024) |
| 08/13/2024 | 286 | POST TRIAL MEMORANDUM. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc...(Earnhardt, Joe) (Entered: 08/13/2024) |
| 08/13/2024 | 287 | ***SELECTED PARTIES***POST TRIAL MEMORANDUM. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, Warner Bros. Discovery, Inc., The Walt Disney Company, FuboTV Inc., FuboTV Media Inc..Motion or Order to File Under Seal: 275 .(Earnhardt, Joe) (Entered: 08/13/2024) |

| 08/14/2024 | 288 | TRANSCRIPT of Proceedings re: CONFERENCE held on 8/5/2024 before Judge Margaret M. Garnett. Court Reporter/Transcriber: Amy Walker, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/4/2024. Redacted Transcript Deadline set for 9/16/2024. Release of Transcript Restriction set for 11/12/2024..(McGuirk, Kelly) (Entered: 08/14/2024) |
|---|---|---|
| 08/14/2024 | 289 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 8/5/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 08/14/2024) |
| 08/16/2024 | 290 | OPINION AND ORDER re: 94 MOTION for Preliminary Injunction . filed by FuboTV Inc., FuboTV Media Inc.. The Motion is HEREBY GRANTED. ORDER FOR PRELIMINARY INJUNCTION This cause having come on to be heard upon Fubo's complaint, Fubo's Motion for a Preliminary Injunction and its memoranda of law, authorities, declarations, and exhibits offered in support thereof, the responses thereto by the JV Defendants, and an evidentiary hearing having been conducted, it appears to the Court that Fubo is likely to succeed on its claims that by entering into the JV, the JV Defendants will substantially lessen competition and restrain trade in the relevant market in violation of Section 7 of the Clayton Act, 15 U.S.C. § 18. It also appears that a balance of equities tips decidedly in favor of Plaintiffs and the public interest would be served by the entering of a preliminary injunction. It further appears that the absence of preliminary injunctive relief may severely limit or frustrate the effectiveness of any order or decree which the Court may render after trial. Consequently, the Court has authority under Section 16 of the Clayton Act, 15 U.S.C. § 26, and Rule 65 of the Federal Rules of Civil Procedure to issue such preliminary relief as may be deemed just. It is therefore HEREBY ORDERED, ADJUDGED, AND DECREED that the JV Defendants and their officers, directors, employees, agents, and all other persons acting on their behalf are hereby ENJOINED and RESTRAINED from launching the JV pending final adjudication of the merits of this case or further order of the Court. SO ORDERED. (Signed by Judge Margaret M. Garnett on 8/16/2024) (kv) (Entered: 08/16/2024) |
| 08/16/2024 | 291 | ***SELECTED PARTIES*** OPINION AND ORDER re: 94 MOTION for Preliminary Injunction. filed by FuboTV Inc., FuboTV Media Inc.. The Motion is HEREBY GRANTED. ORDER FOR PRELIMINARY INJUNCTION This cause having come on to be heard upon Fubo's complaint, Fubo's Motion for a Preliminary Injunction and its memoranda of law, authorities, declarations, and exhibits offered in support thereof, the responses thereto by the JV Defendants, and an evidentiary hearing having been conducted, it appears to the Court that Fubo is likely to succeed on its claims that by entering into the JV, the JV Defendants will substantially lessen competition and restrain trade in the relevant market in violation of Section 7 of the Clayton Act, 15 U.S.C. § 18. It also appears that a balance of equities tips decidedly in favor of Plaintiffs and the public interest would be served by the entering of a preliminary injunction. It further appears that the absence of preliminary injunctive relief may severely limit or frustrate the effectiveness of any order or decree which the Court may render after trial. Consequently, the Court has authority under Section 16 of the Clayton Act, 15 U.S.C. § 26, and Rule 65 of the Federal Rules of Civil Procedure to issue such preliminary relief as may be deemed just. It is therefore HEREBY ORDERED, ADJUDGED, AND DECREED that the JV Defendants and their officers, directors, employees, agents, and all other persons acting on their behalf are hereby ENJOINED and RESTRAINED from launching the JV pending final adjudication of the merits of this case or further order of the Court. SO ORDERED. (Signed by Judge Margaret M. Garnett on 8/16/2024) (kv) (Entered: 08/16/2024) |
| 08/16/2024 | 292 | ORDER: The parties are HEREBY ORDERED to meet and confer regarding unsealing of (i) the transcript of the Hearing, and (ii) the underlying documents employed or referenced therein and, by no later than August 23, 2024, identify any portions of the Hearing transcript and exhibits that the parties jointly agree should remain sealed. The parties shall also identify any portions as to which there is disagreement. For any testimony provided by third–party witnesses (or documents |

| | | |
|---|---|---|
| | | produced by third parties) to this litigation, e.g., DIRECTV, the consent of those third parties shall be obtained before any such portion of the transcript or relevant document is designated to be unsealed. (as further set forth herein). SO ORDERED. (Signed by Judge Margaret M. Garnett on 8/16/2024) (kv) (Entered: 08/16/2024) |
| 08/19/2024 | <u>293</u> | NOTICE OF INTERLOCUTORY APPEAL from <u>291</u> Memorandum & Opinion,,,,,,, <u>290</u> Memorandum & Opinion,,,,,,. Document filed by ESPN Enterprises, Inc., ESPN, Inc., FOX Corporation, Hulu, LLC, The Walt Disney Company, Warner Bros. Discovery, Inc.. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Earnhardt, Joe) (Entered: 08/19/2024) |
| 08/20/2024 | | Appeal Fee Due: for <u>293</u> Notice of Interlocutory Appeal,.$605.00 Appeal fee due by 9/3/2024..(nd) (Entered: 08/20/2024) |
| 08/20/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: <u>293</u> Notice of Interlocutory Appeal,..(nd) (Entered: 08/20/2024) |
| 08/20/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for <u>293</u> Notice of Interlocutory Appeal, filed by Warner Bros. Discovery, Inc., ESPN Enterprises, Inc., FOX Corporation, ESPN, Inc., The Walt Disney Company, Hulu, LLC were transmitted to the U.S. Court of Appeals..(nd) (Entered: 08/20/2024) |
| 08/20/2024 | | Appeal Fee Payment: for <u>293</u> Notice of Interlocutory Appeal,. Filing fee $ 605.00, receipt number BNYSDC−29774084..(Ryan, Antony) (Entered: 08/20/2024) |