# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: FuboTV Inc. v. The Walt Disney Company  Docket No.: 24-2210

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Mark C. Hansen

Firm: Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

Address: 1615 M Street, N.W., Suite 400, Washington, D.C. 20036

Telephone: (202) 326-7904     Fax: (202) 326-7999

E-mail: mhansen@kellogghansen.com

Appearance for: FuboTV Inc. and FuboTV Media Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Michael K. Kellogg; Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/10/2020     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Mark C. Hansen

Type or Print Name: Mark C. Hansen