# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: FuboTV Inc. v. The Walt Disney Company        Docket No.: 24-2210

Lead Counsel of Record (name/firm) or Pro se Party (name): Michael K. Kellogg / Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

Appearance for (party/designation): FuboTV Inc. and FuboTV Media Inc.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect.   Please change the following parties' designations:
Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[ ] Correct
[✓] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Michael K. Kellogg
Firm: Kellogg, Hansen, Todd, Figel & Frederick, PLLC
Address: 1615 M Street, NW, Suite 400, Washington, D.C. 20036
Telephone: (202) 326-7902                              Fax: (202) 326-7999
Email: mkellogg@kellogghansen.com

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.   The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on June 16, 2021 OR that [ ] I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR
Signature of pro se litigant: *Michael Kellogg*
Type or Print Name: Michael K. Kellogg
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.