# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-four.

Before:     Maria Araújo Kahn,
              *Circuit Judge.*

_____

FuboTV Inc., FuboTV Media Inc.,

    Plaintiffs - Appellees,

  v.

The Walt Disney Company, Warner Bros. Discovery, Inc., ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, FOX Corporation,

    Defendants – Appellants.

_____

**ORDER**

Docket No. 24-2210

      Appellants move for expedited briefing and consideration of this appeal. Appellees do not oppose the Appellants' proposed briefing schedule.

      IT IS HEREBY ORDERED that the motion to expedite is GRANTED. The proposed schedule is SO ORDERED. Appellants' opening brief is due September 20, 2024; Appellees' response brief is due November 4, 2024; Appellants' reply brief is due November 25, 2024. The appeal shall be heard as soon as practicable following completion of briefing. The parties must submit their Local Rule 34.1 Oral Argument Statements within 30 days of the date of this order.

                                                                 For the Court**:**
                                                                 Catherine O'Hagan Wolfe,
                                                                 Clerk of Court