# CRAVATH

VIA ECF

Clerk of Court
United States Court of Appeals
Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *FuboTV Inc. v. The Walt Disney Company,* Case No. 24-2210-cv
(Originating Case: 1:24-cv-1363, S.D.N.Y)

To Whom it May Concern:

Please be advised that Cravath, Swaine & Moore LLP will not be acting as counsel for Defendants-Appellants Fox Corporation and Warner Bros. Discovery Inc. in this appeal.

Dechert LLP will be counsel for Defendant-Appellant Fox Corporation, with Andrew J. Levander to serve as lead counsel. Weil, Gotshal & Manges LLP will be counsel for Defendant-Appellant Warner Bros Discovery Inc., with David L. Yohai to serve as lead counsel. Mr. Levander and Mr. Yohai will appear in this matter in the coming days and should be substituted as lead counsel for their respective clients.

For the avoidance of doubt, Cravath is counsel to Defendants-Appellants The Walt Disney Company, ESPN, Inc., ESPN Enterprises, Inc., and Hulu, LLC and I, J. Wesley Earnhardt, will continue to serve as lead counsel as to those parties.

August 29, 2024

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by
  /s/ J. Wesley Earnhardt
  J. Wesley Earnhardt

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

cc: All Counsel of Record (VIA ECF)