## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: FuboTV Inc. v. The Walt Disney Company     Docket No.: 24-2210

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Andrew J. Levander

Firm: Dechert LLP

Address: 1095 Avenue of the Americas, New York, NY 10036

Telephone: 212-698-3500     Fax: 212-698-3599

E-mail: andrew.levander@dechert.com

Appearance for: Fox Corporation
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: J. Wesley Earnhardt / Cravath, Swaine & Moore LLP )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/05/2020     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Andrew J. Levander

Type or Print Name: Andrew J. Levander