## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: FuboTV Inc. v. The Walt Disney Company    Docket No.: 24-2210

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David L. Yohai

Firm: Weil, Gotshal & Manges LLP

Address: 767 Fifth Avenue, New York, NY 10153

Telephone: 212-310-8275    Fax: 212-310-8007

E-mail: david.yohai@weil.com

Appearance for: Warner Bros. Discovery, Inc.
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: J. Wesley Earnhardt / Cravath, Swaine & Moore LLP)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ David L. Yohai

Type or Print Name: David L. Yohai