# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 13th day of September, two thousand twenty-four.

_____

| | |
|---|---|
| FuboTV Inc. | |
| | **ORDER** |
| v. | 24-2210 |
| The Walt Disney Company | |

_____

This Court's Civil Appeals Mediation Program ("CAMP") has scheduled mediation in this appeal pursuant to Local Rule 33.1:

    Date: Tuesday, October 29, 2024 at 10:30 AM (ET).

    Venue: Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, Room 622.

    Required Attendees: Clients and counsel must attend (and, if relevant, insurance representatives), unless otherwise provided by CAMP.

    Duration: 3 hours must be allocated.

    Instructions: Please use the Pearl Street entrance. If counsel is otherwise authorized to bring an electronic device into the Court, then the device can be brought to mediation. For additional information, please contact CAMP.

Kathleen M. Scanlon, Chief Circuit Mediator, will hold the mediation.

Counsel are directed to be prepared to discuss the legal merits of each issue on appeal, settlement possibilities, and the narrowing or clarification of issues.

Information shared during a CAMP proceeding is confidential. Attorneys and other participants are prohibited from disclosing what is said in a CAMP proceeding to anyone other than clients, principals or co-counsel. See Local Rule 33.1(e).

Counsel must proceed with the so-ordered briefing schedule. See Local Rule 31.2. Mediation does not constitute an "extraordinary circumstance" for the purpose of seeking a briefing extension. See Local Rule 27.1(f).

Counsel must provide the name, phone number and email address of each party and insurance representative to CAMP via email. Any questions regarding this order should be sent via email to camp_support@ca2.uscourts.gov or by calling (212) 857-8760.

                                                       For The Court:
                                                       Catherine O'Hagan Wolfe,
                                                       Clerk of Court

