# 24-2210

In The
United States Court of Appeals
For The Second Circuit

FUBOTV, INC., AND FUBOTV MEDIA, INC.,

*Plaintiffs-Appellees*,

v.

THE WALT DISNEY COMPANY; ESPN, INC.;
ESPN ENTERPRISES, INC.; HULU, LLC;
FOX CORPORATION; WARNER BROS. DISCOVERY INC.

*Defendants-Appellants*.

On Appeal From the United States District Court
For the Southern District of New York

**JOINT STIPULATION TO FILE DEFERRED APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 30(c) and Local Rule 30.1(c), the parties to this appeal hereby stipulate that they will file a deferred appendix. Given this Court's Order expediting consideration of this appeal, Dkt.16, the parties will file and submit the Joint Appendix and citation-corrected final briefs soon after briefing of the appeal is complete.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael K. Kellogg* | */s/ J. Wesley Earnhardt* |
| Michael K. Kellogg | Antony L. Ryan |
| Mark C. Hansen | Joe Wesley Earnhardt |
| Thomas G. Schultz | Yonatan Even |
| KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. | Damaris Hernández |
| | Michael P. Addis |
| 1615 M Street, NW | CRAVATH, SWAINE & MOORE LLP |
| Suite 400 | 375 Ninth Avenue |
| Washington, DC 20036 | New York, NY 10001 |
| Tel.: (202) 326-7900 | Tel.: (212) 474-1000 |
| Fax: (202) 326-7999 | Fax: (212) 474-3700 |
| Email: mkellogg@kellogghansen.com | Email: aryan@cravath.com |
| mhansen@kellogghansen.com | wearnhardt@cravath.com |
| tschultz@kellogghansen.com | yeven@cravath.com |
| | dhernandez@cravath.com |
| | maddis@cravath.com |

*Counsel for Plaintiffs-Appellees fuboTV Inc. and fuboTV Media Inc.*

*Counsel for Defendants-Appellants The Walt Disney Company, ESPN, Inc., ESPN Enterprises, Inc., and Hulu, LLC*

| | |
|---|---|
| /s/ Andrew J. Levander | /s/ David L. Yohai |
| Andrew J. Levander<br>Steven E. Bizar<br>Steven A. Engel<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel.: (212) 698-3500<br>Fax: (212) 698-3500<br>Email: andrew.levander@dechert.com<br>steven.bizar@dechert.com<br>steven.engel@dechert.com<br><br>Michael H. McGinley (admitted *pro hac vice*)<br>DECHERT LLP<br>Cira Center<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Email: michael.mcginley@dechert.com<br><br>John (Jay) Jurata, Jr. (admitted *pro hac vice*)<br>Erica Fruiterman (admitted *pro hac vice*)<br>DECHERT LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Email: jay.jurata@dechert.com<br>erica.fruiterman@dechert.com<br><br>*Counsel for Defendant-Appellant Fox Corporation* | David L. Yohai<br>Adam C. Hemlock<br>Elaina K. Aquila<br>Robert W. Taylor<br>Theodore E. Tseskerides<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel.: (212) 310-8000<br>Fax: (212) 310-8007<br>Email: david.yohai@weil.com<br>adam.hemlock@weil.com<br>elaina.aquila@weil.com<br>robert.taylor@weil.com<br>theodore.tsekerides@weil.com<br><br>*Counsel for Defendant-Appellant Warner Bros. Discovery, Inc.* |