# 24-2210

In The
**United States Court of Appeals**
For The Second Circuit

FUBOTV, INC., AND FUBOTV MEDIA, INC.,

*Plaintiffs-Appellees*,

v.

THE WALT DISNEY COMPANY; ESPN, INC.;
ESPN ENTERPRISES, INC.; HULU, LLC;
FOX CORPORATION; WARNER BROS. DISCOVERY INC.

*Defendants-Appellants*.

On Appeal From the United States District Court
For the Southern District of New York

**JOINT STIPULATION TO FILE DEFERRED APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 30(c) and Local Rule 30.1(c), the parties to this appeal hereby stipulate that they will file a deferred appendix. Given this Court's Order expediting consideration of this appeal, Dkt.16, the parties will file and submit the Joint Appendix and citation-corrected final briefs soon after briefing of the appeal is complete.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael K. Kellogg | /s/ J. Wesley Earnhardt |
| Michael K. Kellogg | Antony L. Ryan |
| Mark C. Hansen | Joe Wesley Earnhardt |
| Thomas G. Schultz | Yonatan Even |
| KELLOGG, HANSEN, TODD, FIGEL | Damaris Hernández |
|   & FREDERICK, P.L.L.C. | Michael P. Addis |
| 1615 M Street, NW | CRAVATH, SWAINE & MOORE LLP |
| Suite 400 | 375 Ninth Avenue |
| Washington, DC 20036 | New York, NY 10001 |
| Tel.: (202) 326-7900 | Tel.: (212) 474-1000 |
| Fax: (202) 326-7999 | Fax: (212) 474-3700 |
| Email: mkellogg@kellogghansen.com | Email: aryan@cravath.com |
|       mhansen@kellogghansen.com |       wearnhardt@cravath.com |
|       tschultz@kellogghansen.com |       yeven@cravath.com |
| |       dhernandez@cravath.com |
| |       maddis@cravath.com |

*Counsel for Plaintiffs-Appellees fuboTV Inc. and fuboTV Media Inc.*

*Counsel for Defendants-Appellants The Walt Disney Company, ESPN, Inc., ESPN Enterprises, Inc., and Hulu, LLC*

<table>
<tr><td>

/s/ Andrew J. Levander
Andrew J. Levander
Steven E. Bizar
Steven A. Engel
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3500
Email: andrew.levander@dechert.com
steven.bizar@dechert.com
steven.engel@dechert.com

Michael H. McGinley (admitted *pro hac vice*)
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104
Email: michael.mcginley@dechert.com

John (Jay) Jurata, Jr. (admitted *pro hac vice*)
Erica Fruiterman (admitted *pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Email: jay.jurata@dechert.com
erica.fruiterman@dechert.com

*Counsel for Defendant-Appellant Fox Corporation*

</td><td>

/s/ David L. Yohai
David L. Yohai
Adam C. Hemlock
Elaina K. Aquila
Robert W. Taylor
Theodore E. Tseskerides
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007
Email: david.yohai@weil.com
adam.hemlock@weil.com
elaina.aquila@weil.com
robert.taylor@weil.com
theodore.tsekerides@weil.com

*Counsel for Defendant-Appellant Warner Bros. Discovery, Inc.*

</td></tr>
</table>