# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

September 20, 2024

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *fuboTV Inc., et al. v. The Walt Disney Company et al.*, No. 24-2210

Dear Ms. Wolfe:

This firm represents Defendant-Appellant Warner Bros. Discovery, Inc. ("**WBD**") in case number 24-2210. Pursuant to Federal Rule of Appellate Procedure 28(i), WBD joins in and adopts the Brief of Defendants-Appellants filed September 20, 2024, by Cravath, Swaine & Moore LLP (Dkt. 67).

Thank you for your assistance.

Respectfully submitted,

*/s/ David L. Yohai*
David L. Yohai

cc: All counsel (via ECF)