UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2210

**Motion for:** Extension of time to file amicus curiae brief

**Caption [use short title]**

Set forth below precise, complete statement of relief sought:

The United States seeks a two-week extension of time in which to file an amicus curiae brief supporting Plaintiffs-Appellees. The requested extension would make the brief due November 26, 2024.

FuboTV Inc. v. The Walt Disney Company

**MOVING PARTY:** United States of America    **OPPOSING PARTY:** see Appendix A

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Matthew A. Waring    **OPPOSING ATTORNEY:** see Appendix A

[name of attorney, with firm, address, phone number and e-mail]

U.S. Department of Justice, Antitrust Division
950 Pennsylvania Avenue NW, Room 3224, Washington, DC 20530
(202) 532-4186    matthew.waring@usdoj.gov

**Court- Judge/ Agency appealed from:** Southern District of New York - Hon. Margaret M. Garnett

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes    ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed    ☐ Opposed    ☐ Don't Know
Does opposing counsel intend to file a response:
☒ Yes    ☐ No    ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?    ☐ Yes    ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes    ☒ No    If yes, enter date: _____

**Signature of Moving Attorney:**
s/ Matthew A. Waring    **Date:** 10/18/2024    **Service :** ☒ Electronic    ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**Appendix A**

Nonmoving Parties:

Plaintiffs-Appellees fuboTV Inc. and fuboTV Media Inc.

Defendants-Appellants The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; Hulu, LLC; Fox Corporation; Warner Bros. Discovery Inc.

Nonmoving Parties' Attorneys:

Michael K. Kellogg
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
mkellogg@kellogghansen.com
*Counsel for Plaintiffs-Appellees fuboTV Inc. and fuboTV Media Inc.*

J. Wesley Earnhardt
Cravath, Swaine & Moore LLP
Two Manhattan West, 375 Ninth Avenue
New York, NY 10001
(212) 474-1000
wearnhardt@cravath.com
*Counsel for Defendants-Appellants The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC*

Andrew J. Levander
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
Andrew.levander@dechert.com
*Counsel for Defendant-Appellant Fox Corporation*

David L. Yohai
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
david.yohai@weil.com
*Counsel for Defendant-Appellant Warner Bros. Discovery Inc.*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| FUBOTV INC. AND FUBOTV MEDIA INC., *Plaintiffs-Appellees*, v. THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, AND WARNER BROS. DISCOVERY, INC., *Defendants-Appellants*. | No. 24-2210 |

## MOTION OF THE UNITED STATES OF AMERICA FOR A 14-DAY EXTENSION OF TIME TO FILE A BRIEF AS AMICUS CURIAE

The United States respectfully moves this Court under Fed. R. App. P. 27 and Local Rule 27.1 for a 14-day extension of time in which to file a brief as amicus curiae supporting Plaintiffs-Appellees, if such a filing is authorized by the Solicitor General of the United States. *See* 28 C.F.R. § 0.20(c). In support of this motion, the United States submits:

1. Plaintiffs-Appellees' response brief is due on November 4, 2024. ECF No. 16.1. Pursuant to Fed. R. App. P. 26(a)(1)(C) and

29(a)(6), an amicus brief supporting Plaintiffs-Appellees would be due November 12, 2024 (due to the federal holiday on November 11, 2024).

2. There is good cause and substantial need for the requested extension. The United States enforces the federal antitrust laws, including Section 7 of the Sherman Act, 15 U.S.C. § 18. It has a strong interest in ensuring that the legal analysis of Section 7 claims such as the one in this case is rooted in a sound interpretation of the law.

3. The United States requires additional time to consider the important legal issues presented in this case and whether an amicus brief is warranted. Any amicus brief here must also be authorized by the Solicitor General. 28 C.F.R. § 0.20(c).

4. The United States has not previously moved for an extension of time in this appeal.

5. Counsel for Plaintiffs-Appellees do not oppose this motion. Counsel for Defendants-Appellants indicated that they do not oppose the requested extension provided that Defendants-Appellants are granted a corresponding two-week extension of time for the filing of their reply brief. The United States does not oppose extending the timing for Defendants-Appellees' reply brief by two weeks, and counsel

for Plaintiffs-Appellees have authorized the United States to state that they do not oppose such relief either.

6. If the United States decides not to participate as amicus curiae, it will promptly notify the Court and the parties.

## CONCLUSION

For the foregoing reasons, the Court should grant the United States a 14-day extension of time, to and including November 26, 2024, in which to file a brief as amicus curiae, if the Solicitor General authorizes such a filing.

October 18, 2024

Respectfully submitted.

*s/ Matthew A. Waring*

MATTHEW A. WARING
  *Attorney*

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
950 Pennsylvania Ave., N.W.
Room 3224
Washington, D.C. 20530-0001
(202) 532-4186
matthew.waring@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because the motion contains 377 words, excluding the portions exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in Microsoft Word for Microsoft 365 using 14-point New Century Schoolbook font, a proportionally spaced typeface.

    s/ *Matthew A. Waring*
    Matthew A. Waring
    *Counsel for the United States*