UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2210

**Motion for:** Defendants-Appellants Response to DOJ's Motion for Request for Extension and Motion for Extension of Time to File Reply Brief

**Caption [use short title]**

FuboTV Inc.

v.

The Walt Disney Company

Set forth below precise, complete statement of relief sought:

Appellants' reply brief deadline is extended by a corresponding two weeks in the event this Court grants DOJ's motion for an extension of time to file an amicus brief in support of Plaintiffs-Appellees. Appellants to file its reply brief by December 9, 2024.

**MOVING PARTY:** The Walt Disney Company, see Appendix A for full list
**OPPOSING PARTY:** FuboTV, Inc., and FuboTV Media, Inc.

☐ Plaintiff ☒ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** J. Wesley Earnhardt, see Appendix A for full list
**OPPOSING ATTORNEY:** Mark C. Hansen

[name of attorney, with firm, address, phone number and e-mail]

Cravath, Swaine & Moore LLP
375 Ninth Avenue New York, NY 10001
(212) 474-1000, wearnhardt@cravath.com

Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street NW Suite 400 Washington, DC 20036
(202) 326-7900, mhansen@kellogghansen.com

Court-Judge/Agency appealed from: U.S. District Court for the Southern District of New York (Hon. Margaret M. Garnett)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ J. Wesley Earnhardt  Date: 10/18/2024  Service: ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

Appendix A

*Moving Parties:*

The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; Hulu, LLC; Fox Corporation; Warner Bros. Discovery Inc.

*Moving Attorneys:*

J. Wesley Earnhardt
Cravath, Swaine & Moore LLP
Two Manhattan West, 375 Ninth Avenue
New York, NY 10001
(212) 474-1000
wearnhardt@cravath.com
*Counsel for Appellants The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC*

Andrew J. Levander
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
Andrew.levander@dechert.com
*Counsel for Appellant Fox Corporation*

David L. Yohai
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
david.yohai@weil.com
*Counsel for Appellant Warner Bros. Discovery Inc.*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| FUBOTV, INC., & FUBOTV MEDIA, INC.,<br><br>    Plaintiffs-Appellees<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br>    Defendants-Appellants | No. 24-2210 |

**DEFENDANTS-APPELLANTS (I) RESPONSE TO THE UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE A BRIEF AS AMICUS CURIAE AND (II) MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

    CRAVATH, SWAINE & MOORE LLP
    Two Manhattan West
     375 Ninth Avenue
     New York, NY 10019
      (212) 474-1000
    *Attorneys for Defendants The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC.*

    DECHERT LLP
     1095 Avenue of the Americas
     New York, NY 10036
      (212) 698-3500
    *Attorneys for Fox Corporation*

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
     New York, NY 10153
      (212) 310-8000

*Attorneys for Warner Bros. Discovery Inc.*

October 18, 2024

Pursuant to Rules 27(a)(1) and 27(a)(3)(B) of the Federal Rules of Appellate Procedure and Rule 27.1(f) of the Local Rules of the Second Circuit, Defendants-Appellants The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; Hulu, LLC; Fox Corporation; Warner Bros. Discovery Inc., (together "Appellants") respectfully respond to the United States of America's motion requesting an extension of time to file a brief as amicus curiae, and also move for a brief 14-day extension of time to file their reply brief in the above-captioned appeal, until December 9, 2024, if the United States's motion is granted.[1]

## BACKGROUND

On August 27, 2024, pursuant to the Parties' agreed-upon briefing schedule, this Court ordered that Appellants' opening brief is due September 20, 2024, Plaintiffs-Appellees' response brief is due November 4, 2024, and Appellants' reply brief is due November 25, 2024. *See* Dkt. No. 16.

On October 18, 2024, the United States Department of Justice ("DOJ") moved this Court for a two-week extension of time to "consider . . . whether an amicus brief is warranted" in this appeal and, if it determines one is

---

[1] This motion is procedural and, therefore, is governed by subsections (b) and (c) of Federal Rule of Appellate Procedure 27, which provides that the motion may be addressed by a single Circuit Judge and ruled upon "at any time without awaiting a response." Plaintiffs-Appellees do not oppose this motion.

warranted, to file such brief.  *See* Dkt. No. 98.1.  If DOJ's motion for an extension of time is granted, any amicus brief it may file would be due on November 25, 2024, the same day Appellants' reply brief currently is due.  *See id.*; Dkt. No. 16.  Because DOJ's amicus brief would be filed on the same date that Appellants' reply brief is due, Appellants agreed not to oppose DOJ's motion for a two-week extension of time on the condition that Appellants' reply brief deadline also be extended by a corresponding two weeks.  *See* Dkt. No. 98-1 at 2-3.  DOJ and Plaintiffs-Appellees agreed to that condition and, as a result, do not oppose the relief sought by Appellants' motion.  *Id.*

## ARGUMENT

DOJ is considering whether to file an amicus brief in this appeal.  *See id.* at 2.  If DOJ does so, its amicus brief might raise issues that Appellants will need to address and respond to in their reply brief.  The Federal Rules of Appellate Procedure require an amicus to file "no later than 7 days after the principal brief of the party being supported is filed".  FRAP 29(a)(6).  The Rules further provide that "[a] court may grant leave for later filing, specifying the time within which an opposing party may answer." *Id.*  If DOJ's motion for an extension of time is granted, Appellants' reply brief would be due on the same day as a possible DOJ amicus brief, and Appellants would not have an opportunity to incorporate a response to the DOJ's brief in their reply brief, which could cause Appellants

2

significant prejudice. Accordingly, if this Court grants DOJ's motion for a two-week extension of time to file an amicus brief, Appellants request a corresponding two-week extension of time to file their reply brief. DOJ and Plaintiffs-Appellees do not oppose this requested relief.

## CONCLUSION

For the foregoing reasons, in the event this Court grants DOJ's motion for an extension of time to file an amicus brief (Dkt. No. 98.1), Appellants respectfully request that this Court also grant Appellants a corresponding two-week extension of time to file their reply brief, until December 9, 2024.

CRAVATH, SWAINE & MOORE LLP

*/s/ J. Wesley Earnhardt*
Antony L. Ryan
J. Wesley Earnhardt
Yonatan Even
Damaris Hernández
Michael P. Addis
M. Brent Byars

Two Manhattan West
  375 Ninth Avenue
    New York, NY 10001
      (212) 474-1000

*Attorneys for The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC*

3

DECHERT LLP

Andrew J. Levander
Steven E. Bizar
Steven A. Engel
John (Jay) Jurata
Michael H. McGinley
Erica Fruiterman

1095 Avenue of the Americas
  New York, NY 10036
    (212) 698-3500

*Attorneys for Defendant Fox Corporation*


WEIL, GOTSHAL & MANGES LLP

David L. Yohai

767 Fifth Avenue
  New York, NY 10153
    (212) 310-8000

*Attorney for Warner Bros. Discovery Inc.*

4

# CERTIFICATE OF COMPLIANCE
# PURSUANT TO FED. R. APP. P. 32(g)

I hereby certify that this paper complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this paper contains 582 words. This paper complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6).

October 18, 2024

                                                  */s/ J. Wesley Earnhardt*
                                                    J. Wesley Earnhardt