UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2210

**Caption [use short title]**

**Motion for:** Extension of time to file amicus curiae brief

Set forth below precise, complete statement of relief sought:

The State of New York seeks a 14-day extension of time in which to file an amicus curiae brief supporting Plaintiffs-Appellees. The requested extension would make the brief due November 26, 2024.

FuboTV Inc. V. The Walt Disney Company

**MOVING PARTY:** State of New York                **OPPOSING PARTY:** See attached

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Sarah Coco        **OPPOSING ATTORNEY:** See attached
[name of attorney, with firm, address, phone number and e-mail]

Office of the New York State Attorney General

28 Liberty St., 23rd Floor, New York, NY 10005

212-416-6312 sarah.coco@ag.ny.gov

**Court- Judge/ Agency appealed from:** Southern District of New York, Hon. Margaret M. Garnett

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No   If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Sarah Coco          **Date:** 10/22/24   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

Nonmoving Parties:

Plaintiffs-Appellees fuboTV Inc. and fuboTV Media Inc.

Defendants-Appellants The Walt Disney Company, ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, Fox Corporation, Warner Bros. Discovery Inc.

Nonmoving Parties' Attorneys :

Michael K. Kellogg
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
mkellogg@ke11ogghansen.com
Counsel for Plaintiffs-Appellees fuboTV Inc. and fuboTV Media Inc.

J. Wesley Earnhardt
Cravath, Swain & Moore LLP
TWO Manhattan West, 375 Ninth Avenue
New York, NY 10001
(212) 474-1000
wearnhardt@cravath.com
Counsel for Defendants-Appellants The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC

Andrew J. Levander
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
Andrew.levander@dechert.com
Counsel for Defendant-Appellant Fox Corporation

David L. Yohai
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
david.yohai@wei1.com
Counsel for Defendant-Appellant Warner Bros. Discovery Inc.

# UNOPPOSED MOTION OF THE STATE OF NEW YORK FOR A 14-DAY EXTENSION OF TIME TO FILE A BRIEF AS AMICUS CURIAE

The State of New York respectfully moves this Court under Fed. R. App. P. 27 and Local Rule 27.1 for a 14-day extension of time in which to file a brief as amicus curiae supporting Plaintiffs-Appellees, from November 12, 2024, to November 26, 2024. As further detailed below, no party opposes this motion.

Plaintiffs-Appellees' response brief is due on November 4, 2024. *See* Order (Aug. 27, 2024), ECF No. 16.1. Pursuant to Fed. R. App. P. 26(a)(1)(C) and 29(a)(6), an amicus brief supporting Plaintiffs-Appellees would be due November 12, 2024. With a 14-day extension, an amicus brief would be due November 26, 2024.

There is good cause and substantial need for the requested extension. The State of New York, and other States which may choose to join New York's brief as amici, enforce federal and state antitrust law, including Section 7 of the Clayton Act, 15 U.S.C. § 18. Any decision may affect States' enforcement efforts and States thus have a strong interest in the sound development of the law regarding Section 7 claims.

The State of New York requires additional time to fully address the important legal issues in this appeal. In addition, the State of New York intends to invite other States to join its brief, which will require time for individual States to conduct their own review process and to provide input on New York's brief.

An extension of time will not delay the adjudication of this appeal. The United States has sought an extension of time to file an amicus brief in support of Plaintiffs-Appellees and Defendants-Appellants have consented on the condition that they receive a 14-day extension of the deadline to file their reply brief. *See* Mot. for Extension (Oct. 18, 2024), ECF No. 98.1; Non-Opp'n Resp. (Oct. 18, 2024), ECF No. 99.1. Granting New York's motion would further judicial efficiency because it would place all potential amici on the same briefing schedule.

Counsel for Plaintiffs-Appellees do not oppose this motion. Counsel for Defendants-Appellants indicated that they do not oppose the requested extension provided that Defendants-Appellants are granted a corresponding 14-day extension of time for the filing of their reply brief. The State of New York does not oppose extending the timing for Defendants-Appellees' reply brief by two weeks.

## CONCLUSION

For the foregoing reasons, the Court should grant the State of New York a 14-day extension of time, to November 26, 2024, in which to file a brief as amicus curiae.

Dated: New York, New York
        October 22, 2024

                                    Respectfully submitted,

                                    LETITIA JAMES
                                      *Attorney General*
                                      *State of New York*

                            By:   */s/ Sarah Coco*
                                    SARAH COCO
                                    Assistant Solicitor General

BARBARA D. UNDERWOOD         28 Liberty Street
  *Solicitor General*                        New York, NY 10005
JUDITH N. VALE                             (212) 416-6312
  *Deputy Solicitor General*
SARAH COCO
  *Assistant Solicitor General*
      *of Counsel*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Rules 27 and 32 of the Federal Rules of Appellate Procedure, Ava Mortier, an employee in the Office of the Attorney General of the State of New York, hereby certifies that according to the word count feature of the word processing program used to prepare this document, the document contains 427 words and complies with the typeface requirements and length limits of Rules 27(d) and 32(a)(5)-(6).

                                                  */s/ Ava Mortier*