UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand twenty-four.

_____

FuboTV Inc.

v.

The Walt Disney Company

_____

**ORDER**
24-2210

The Court's Order dated September 13, 2024 scheduling a mediation with the Civil Appeals Mediation Program ("CAMP") for October 29, 2024 is hereby VACATED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

