# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of October, two thousand twenty-four.

Before:        Maria Araújo Kahn,
                         *Circuit Judge.*

---

| | |
|---|---|
| FuboTV Inc., FuboTV Media Inc., | **ORDER** |
|          Plaintiff - Appellees, | Docket No. 24-2210 |
|   v. | |
| The Walt Disney Company, Warner Bros. Discovery, Inc., ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, FOX Corporation, | |
|          Defendants - Appellants. | |

---

      The United States and the State of New York move for an extension of time until November 26, 2024 to file amicus curiae briefs supporting the Appellees.  Appellants do not oppose the extension requests provided they are granted a corresponding two-week extension until December 9, 2024 to file their reply brief.

      IT IS HEREBY ORDERED that the motions for an extension of time to file amicus briefs and the Appellants' reply brief are GRANTED.

                                         For the Court**:**
                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court