# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand twenty-four.

---

FuboTV Inc., FuboTV Media Inc.,

        Plaintiff - Appellees,

   v.

The Walt Disney Company, Warner Bros. Discovery, Inc., ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, FOX Corporation,

        Defendants - Appellants.

---

**ORDER**

Docket No. 24-2210

Appellants move for a two-week extension of time, to December 9, 2024, to file the deferred joint appendix.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court