UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of December two thousand and twenty-four,

_____

| | |
|---|---|
| FuboTV Inc., FuboTV Media Inc., | **ORDER** |
| Plaintiff - Appellees, | Docket No. 24-2210 |
| v. | |
| The Walt Disney Company, Warner Bros. Discovery, Inc., ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, FOX Corporation, | |
| Defendants - Appellants. | |

_____

Amicus curiae, United States of America moves to participate in oral argument in support of the Appellees.

IT IS HEREBY ORDERED that the motion is GRANTED. The time allotment is as follows: 15 minutes to defendant-appellant, 12 minutes to plaintiff-appellees and 3 minutes to the government.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

