UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| FUBOTV, INC., & FUBOTV MEDIA, INC.,<br><br>Plaintiffs-Appellees<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br>Defendants-Appellants | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>No. 24-2210 |

WHEREAS, the parties to the above-captioned matter (the "Appeal") have filed a stipulation of voluntary dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in the district court case associated with this Appeal (attached hereto as Exhibit A);

WHEREAS, as a consequence, the preliminary injunction that is the subject of this Appeal has been extinguished;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that this Appeal is dismissed with prejudice, without costs and without attorneys' fees, pursuant to Fed. R. App. P. 42(b)(1).

Dated: January 6, 2025

                                       CRAVATH, SWAINE & MOORE LLP

                                       */s/* J. Wesley Earnhardt
                                       Antony L. Ryan
                                       J. Wesley Earnhardt
                                       Yonatan Even
                                       Damaris Hernandez
                                       Michael P. Addis
                                       M. Brent Byars

                                       Two Manhattan West
                                          375 Ninth Avenue
                                             New York, NY 10001
                                                (212) 474-1000

                                       *Attorneys for The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC*

DECHERT LLP

_/s/_

Andrew J. Levander
Steven E. Bizar
Steven A. Engel
John (Jay) Jurata
Michael H. McGinley
Erica Fruiterman

1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Fox Corporation*

WEIL, GOTSHAL & MANGES LLP

_____
David L. Yohai
Adam C. Hemlock
Theodore E. Tsekerides
Robert W. Taylor
A.J. Green
Elaina K. Aquila

767 Fifth Avenue
　　New York, NY 10153
　　　(212) 310-8000

*Attorneys for Warner Bros. Discovery Inc.*

                KELLOGG, HANSEN, TODD, FIGEL &
                FREDERICK, P.L.L.C.

*/s/ Tom Schultz*

Michael K. Kellogg
Mark C. Hansen
Gregory G. Rapawy
Thomas G. Schultz
Gavan W. Duffy Gideon
Geoffrey J.H. Block

1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Attorneys for Plaintiffs-Appellees*

# Exhibit A

**Exhibit A:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUBOTV, INC. and FUBOTV MEDIA, INC., <br><br> *Plaintiffs,* <br><br> -against- <br><br> THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, and WARNER BROS. DISCOVERY, INC., <br><br> *Defendants.* | No. 1:24-cv-01363-MMG <br><br> STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the above-captioned action is voluntarily dismissed, with prejudice, without costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). It is further stipulated and agreed by and between the parties that the dismissal of this action with prejudice constitutes a final adjudication on the merits and extinguishes the preliminary injunction issued on August 16, 2024 (Dkt. 291).

Dated: January 6, 2025

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

/s/ *Tom Schultz*

Michael K. Kellogg
Mark C. Hansen
Gregory G. Rapawy
Andrew C. Shen
Thomas G. Schultz

1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Attorneys for Plaintiffs-Appellees*

CRAVATH, SWAINE & MOORE LLP

Antony Ryan
J. Wesley Earnhardt
Yonatan Even
Damaris Hernandez
Michael P. Addis

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

*Attorneys for The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC*

2

Dated: January 6, 2025

                                               KELLOGG, HANSEN, TODD, FIGEL &
                                               FREDERICK, P.L.L.C.

                                               Michael K. Kellogg
                                               Mark C. Hansen
                                               Gregory G. Rapawy
                                               Andrew C. Shen
                                               Thomas G. Schultz

                                               1615 M Street, N.W., Suite 400
                                                     Washington, D.C. 20036
                                                        (202) 326-7900

                                               *Attorneys for Plaintiffs-Appellees*


                                               CRAVATH, SWAINE & MOORE LLP

                                               */s/ Antony Ryan*

                                               Antony Ryan
                                               J. Wesley Earnhardt
                                               Yonatan Even
                                               Damaris Hernandez
                                               Michael P. Addis

                                               Two Manhattan West
                                                  375 Ninth Avenue
                                                     New York, NY 10001
                                                          (212) 474-1000

                                               *Attorneys for The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC*

DECHERT LLP

_____
Andrew J. Levander
Steven E. Bizar
Steven A. Engel
John (Jay) Jurata
Michael H. McGinley

1095 Avenue of the Americas
   New York, NY 10036
      (212) 698-3500

*Attorneys for Fox Corporation*


WEIL, GOTSHAL & MANGES LLP


_____
David L. Yohai
Adam C. Hemlock
Theodore E. Tsekerides
Robert W. Taylor
A.J. Green
Elaina K. Aquila

767 Fifth Avenue
   New York, NY 10153
      (212) 310-8000

*Attorneys for Warner Bros. Discovery Inc.*

3

DECHERT LLP

_____
Andrew J. Levander
Steven E. Bizar
Steven A. Engel
John (Jay) Jurata
Michael H. McGinley

1095 Avenue of the Americas
   New York, NY 10036
      (212) 698-3500

*Attorneys for Fox Corporation*


WEIL, GOTSHAL & MANGES LLP

_____
David L. Yohai
Adam C. Hemlock
Theodore E. Tsekerides
Robert W. Taylor
A.J. Green
Elaina K. Aquila

767 Fifth Avenue
   New York, NY 10153
      (212) 310-8000

*Attorneys for Warner Bros. Discovery Inc.*

3