# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of January, two thousand twenty-five.

Before:     Debra Ann Livingston,
*Chief Judge,*
John M. Walker, Jr.,
Sarah A. L. Merriam,
*Circuit Judges.*

_____

FuboTV Inc., FuboTV Media Inc.,

    Plaintiffs - Appellees,

  v.

The Walt Disney Company, Warner Bros. Discovery, Inc., ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC, FOX Corporation,

    Defendants - Appellants.

_____

**ORDER**

Docket No. 24-2210

The parties have filed a stipulation dismissing this appeal with prejudice, without costs and without attorneys' fees, pursuant to Federal Rule of Appellate Procedure 42(b)(1).

The stipulation is SO ORDERED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court